IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § § § | Chapter 11 |
| BRAZOS ELECTRIC POWER COOPERATIVE, INC. | § § § | Case No. 21-30725 (DRJ) |
| Debtor. | § § § | |

NOTICE OF APPEARANCE AND REQUEST
FOR SERVICE OF NOTICES AND DOCUMENTS

PLEASE TAKE NOTICE that the undersigned appear as counsel to MUFG Bank, Ltd. ("MUFG"), and pursuant to 11 U.S.C. § 1109(b) and Federal Rules of Bankruptcy Procedure 2002 and 9010(b), hereby request that all notices given and required to be given in this case be given and served upon:

> Duston McFaul (24003309)
> Maegan Quejada (24105999)
> SIDLEY AUSTIN LLP
> 1000 Louisiana Street, Suite 5900
> Houston, Texas 77002
> Telephone: (713) 495-4500
> Facsimile: (713) 495-7799
> Email: dmcfaul@sidley.com
> Email: mquejada@sidley.com

PLEASE TAKE FURTHER NOTICE that the foregoing request includes not only the notices and papers referred to in the Federal Rules of Bankruptcy Procedure specified above, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint, or demand, whether written or oral, formal or informal, and whether transmitted or conveyed by mail, hand delivery, facsimile transmission, e-mail, telephone, telegraph, telex, or otherwise, which affects the above-captioned debtor or the property of or in the

1

possession, custody, or control of the debtor or which is otherwise filed or given with regard to the above-referenced case.

PLEASE TAKE FURTHER NOTICE that this Notice of Appearance and Request for Service of Notices and Documents is without prejudice to the MUFG's rights, remedies, claims, actions, defenses, setoffs, or recoupments, in law or in equity, against the debtor and any other entities either in this case or in any other action, all of which rights, remedies, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

[*Remainder of page intentionally left blank.*]

Dated:  March 3, 2020
Houston, Texas

Respectfully Submitted,

*/s/ Duston K. McFaul*
**SIDLEY AUSTIN LLP**
Duston K. McFaul (24003309)
Maegan Quejada (24105999)
1000 Louisiana Street, Suite 5900
Houston, Texas 77002
Telephone:  (713) 495-4500
Facsimile:  (713) 495-7799

*Counsel to MUFG*