## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | CASE NO. 21-30725 (DRJ) |
| BRAZOS ELECTRIC POWER | § | |
| COOPERATIVE, INC., | § | Chapter 11 |
| | § | |
| Debtor.[1] | § | |

**AGREED ORDER REGARDING EMERGENCY
MOTION OF THE OFFICIAL COMMITTEE OF UNSECURED
CREDITORS TO COMPEL THE COOPERATIVE MEMBERS TO DE-DESIGNATE
"HIGHLY CONFIDENTIAL" AND "CONFIDENTIAL" PRODUCED DOCUMENTS**
[Relates to Docket Nos. 729 and 736]

Upon the motion (the "Motion")[2] of the Official Committee of Unsecured Creditors (the "Committee") of Brazos Electric Power Cooperative, Inc. (the "Debtor") for entry of an order, pursuant to the Protective Order, sections 105(a) and 107(b) of title 11 of the United States Code (the "Bankruptcy Code") and Rules 7026, 7034, 7037, and 9014(c) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"); and each of the cooperative members (each, a "Member" and collectively the "Coop Members")[3] having agreed to the relief set forth in this Agreed Order; and this Court having jurisdiction over this matter pursuant to 28 U.S.C. § 1334; and this Court having reviewed the Motion; and upon all of the proceedings had before this Court;

---

[1] The Debtor in this chapter 11 case, along with the last four digits of its federal tax identification number is: Brazos Electric Power Cooperative, Inc. (4729). Additional information regarding this case may be obtained on the website of the Debtor's claims and noticing agent at http://cases.stretto.com/Brazos. The Debtor's address is 7616 Bagby Avenue, Waco, TX 76712.

[2] Capitalized terms used but not otherwise defined herein have the meanings ascribed to them in the Motion.

[3] The Coop Members are: (1) Denton County Electric Cooperative, Inc., d/b/a CoServ Electric; (2) Mid-South Electric Cooperative Association; (3) United Electric Cooperative Services, Inc., d/b/a United Cooperative Services; (4) Tri-County Electric Cooperative, Inc.; (5) Comanche County Electric Cooperative Assocation; (6) Hamilton County Electric Cooperative Association; (7) J-A-C Electric Cooperative, Inc.; (8) South Plains Electric Cooperative, Inc.; (9) Heart of Texas Electric Cooperative, Inc.; (10) Cooke County Electric Cooperative Association, d/b/a PenTex Energy; (11) Navarro County Electric Cooperative, Inc.; (12) Bartlett Electric Cooperative, Inc.; (13) Navasota Valley Electric Cooperative, Inc.; and (14) Wise Electric Cooperative, Inc.

1

11109290

and after due deliberation and sufficient cause appearing therefor, it is **HEREBY AGREED AND ORDERED THAT:**

1. As a resolution of the Motion the Coop Members and the Committee agree that the Form 990s and financial statements produced to the Committee by the Coop Members on June 2, 2021 and June 4, 2021 (the "Confidential Production"), shall (a) be designated as "Confidential" within the meaning of paragraph 8(a) of the Protective Order, and (b) be filed and maintained under seal, pursuant to section 107(b) of the Bankruptcy Code and the terms and conditions of the Protective Order, until such time that each of the Coop Members consents in writing or the Court enters an order directing otherwise. For the avoidance of doubt, the Coop Members shall not be required to respond to the De-Designation Motion as required by paragraph 27(a) of the Protective Order.

2. For the avoidance of doubt, unless the Court orders otherwise the Committee shall not publicly disclose any part of the Confidential Production, including any summaries, demonstratives, or other analyses prepared based on the information contained in the Confidential Production, including, but not limited to, any disclosures in open Court, in a pleading (unless redacted or filed under seal), in a deposition, or to any proposed purchasers or other parties in connection with any sale processes, whether through a data room or otherwise, and shall otherwise adhere to their obligations under the Protective Order.

3. All rights of the parties are preserved in all respects, including the Committee's right to seek to de-designate the Confidential Production at a later date pursuant to the terms of the Protective Order, and nothing contained in this Agreed Order shall constitute an agreement with respect to any other information that may be produced by any of the Coop Members in the future.

4. This Agreed Order shall constitute the entire agreement and understanding of the Parties relating to the subject matter hereof and supersedes all prior agreements and understandings relating to the subject matter.

5. The undersigned represent that they are authorized to execute this Agreed Order on behalf of the representative party for whom they have signed.

6. This Agreed Order shall not be modified, altered, amended, or vacated without the written consent of all of the Parties hereto or by order of the Court.

7. The Court retains jurisdiction with respect to all matters arising from or related to the implementation of this Agreed Order, and the Parties hereby consent to such jurisdiction to resolve any disputes or controversies arising from or related to this Agreed Order.

Signed: _____, 2021

THE HONORABLE DAVID R. JONES
CHIEF UNITED STATES BANKRUPTCY JUDGE

**AGREED TO BY:**

**PORTER HEDGES LLP**

*/s/ M. Shane Johnson*
John F. Higgins, State Bar No. 09597500
M. Shane Johnson, State Bar No. 24083263
Megan Young-John, State Bar No. 24088700
1000 Main Street, 36th Floor
Houston, Texas 77002
Telephone:  (713) 226-6000
Facsimile:  (713) 228226-6000
jhiggins@porterhedges.com
sjohnson@porterhedges.com
myoung-john@porterhedges.com

– and –

**KRAMER LEVIN NAFTALIS & FRANKEL LLP**
Thomas Moers Mayer (admitted pro hac vice)
Amy Caton (admitted pro hac vice)
Jennifer Sharret (admitted pro hac vice)
1177 Avenue of the Americas
New York, New York 10036
(212) 715-9100
(212) 715-8000
tmayer@kramerlevin.com
acaton@kramerlevin.com
jsharret@kramerlevin.com

*Counsel to the Official Committee of Unsecured Creditors*

*/s/ Harry A. Perrin*
Harry A. Perrin (Texas Bar No. 15796800)
Michael A. Garza
(S.D. Tex. Fed. I.D. No. 3174861)
Kiran Vakamudi (Texas Bar No. 24106540)
**VINSON & ELKINS LLP**
1001 Fannin Street, Suite 2500
Houston, Texas 77002
Tel: (713) 758-2222
Fax: (713) 758-2346
hperrin@velaw.com
mgarza@velaw.com
kvakamudi@velaw.com

-and-

Jordan W. Leu (Texas Bar No. 24070139)
**VINSON & ELKINS LLP**
2001 Ross Avenue, Suite 3900
Dallas, Texas 75201
Tel: (214) 220-7700
Fax: (214) 220-7716
jleu@velaw.com

*Counsel for the Ad Hoc Group of Member-Owner Distribution Cooperatives*[4]

*/s/ Chuck Gibbs*
**McDermott Will & Emery LLP**
Chuck Gibbs
Jane Gerber
Maris Kandestin
2501 North Harwood Street, Suite 1900
Dallas, TX 75201
crgibbs@mwe.com
jagerber@mwe.com
mkandestin@mwe.com

*Counsel to Denton County Electric Cooperative, Inc., d/b/a CoServ Electric*

---

[4] The Ad Hoc Group consists of the following member-owner distribution cooperatives: Bartlett Electric Cooperative, Inc.; Comanche County Electric Cooperative Association; PenTex Energy; Hamilton County Electric Cooperative Association; Heart of Texas Electric Cooperative, Inc.; J-A-C Electric Cooperative, Inc.; Navasota Valley Electric Cooperative, Inc.; and Wise Electric Cooperative, Inc. *See Verified Statement of the Ad Hoc Group of Member-Owner Distribution Cooperatives Pursuant to Bankruptcy Rule 2019 and Request for Notice* [Docket No. 472].

11109290

*/s/ Jason Cohen*
**Bracewell LLP**
Jason Cohen
711 Louisiana Street, Suite 2300
Houston, TX 77002
jason.cohen@bracewell.com

*Counsel to Mid-South Electric Cooperative Association*

*/s/ J. David Carpenter*
**Carpenter & Croft, PLLC**
J. David Carpenter
7901 Fish Pond Rd Ste 210
Waco, TX 76710
david@carpenterandcroft.com

*Counsel to Navarro County Electric Cooperative, Inc.*

*/s/ William H. Daniel*
**McGinnis Lochridge LLP**
William H. Daniel
Don Magee
Andrew M. Edge
600 Congress Avenue, Suite 2100
Austin, TX 78701
wdaniel@mcginnislaw.com
dmagee@mcginnislaw.com
aedge@mcginnislaw.com

*Counsel to South Plains Electric Cooperative, Inc.*

*/s/ J. Robert Forshey*
**Forshey & Prostok, LLP**
J. Robert Forshey (Texas Bar No. 07264200)
Jeff Prostok (Texas Bar No. 16352500)
777 Main Street, Suite 1550
Fort Worth TX 76102
bforshey@forsheyprostok.com
jprostok@forsheyprostok.com

*Counsel to Tri-County Electric Cooperative, Inc.*

6

11109290

*/s/ John Y. Bonds III*
**Bonds Ellis Eppich Schafer Jones LLP**
John Y. Bonds III
Joshua N. Eppich
J. Robertson Clarke
420 Throckmorton Street, Suite 1000
Fort Worth TX 76102
john@bondsellis.com
joshua@bondsellis.com
robbie.clarke@bondsellis.com

*Counsel to United Electric Cooperative Services, Inc., d/b/a United Cooperative Services*

11109290