June 24, 2021

Brazos Electric Power Cooperative, Inc.
Attn: Clifton Karnei, Vice President
& General Manager
P.O. Box 2585
Waco, TX 76702

This letter is an Addendum to the original Engagement Letter Agreement (the "Agreement") between and among Brazos Electric Power Cooperative, Inc. ("Brazos Electric" or "You"), and Ted B. Lyon & Associates, the Gallagher Law Firm and West & Associates (collectively, the "Firm"), dated June 3, 2021. This Addendum provides for the addition of two firms to Your representation in connection with the Matter --the **Butch Boyd Law Firm** and the **Boyd Smith Law Firm PLLC** (together, the "Assisting Firms"). The Assisting Firms' representation of You will be governed by the terms of the Agreement as if they were one of the Firm, except as expressly set forth in this Addendum.[1]

**Scope of Engagement**

The Assisting Firms are being retained to assist the Gallagher Law Firm in its responsibilities in connection with the Matter. The Assisting Firms will coordinate with the Gallagher Law Firm, the other law firms, and Your other professionals in representing You in the Matter.

**Fees and Billing**

The Agreement provides *inter alia*, that the Firm shall receive as fees for services one-third (1/3) of the value of any settlement, judgment or other recovery, in whole or in part, as related to the Matter (the "Contingency Fee").

The three law firms composing the Firm have an agreement (the "Firm Contingency Fee Allocation") amongst them to, in the event of a recovery related to the Matter, divide the Contingency Fee as follows:

| | |
|---|---|
| Ted B. Lyon & Associates | 37.5% |
| The Gallagher Law Firm | 37.5% |
| West & Associates | 25.0% |

The Gallagher Law Firm has also entered into an agreement with the Assisting Firms to share the Gallagher Law Firm's responsibilities with respect to the Matter and the Gallagher Law Firm's 37.5% share of the Contingency Fee (the "Gallagher Law Firm Contingency Fee Allocation") as follows:

| | |
|---|---|
| The Gallagher Law Firm | 50% (*i.e.*, 18.75% of the Firm's Contingency Fee); |
| The Butch Boyd Law Firm | 25% (*i.e.*, 9.375% of the Firm's Contingency Fee); |
| The Boyd Smith Law Firm | 25% (*i.e.*, 9.375% of the Firm's Contingency Fee). |

The Gallagher Law Firm and the Assisting Firms will only seek payment of their percentage interest of a Contingency

---

[1] Defined terms, if not otherwise identified herein, shall have the meaning a scribed thereto in the Agreement.

Fee under the Gallagher Law Firm Contingency Fee Allocation. The addition of the Assisting Firms in representing You in connection with the Matter will not affect the proportion of the Contingency Fee to any recovery made in connection with the Matter as provided for in the Agreement, nor will it affect the percentage of a Contingency Fee to which Ted B. Lyon & Associates or West & Associates would be entitled under the Firm Contingency Fee Allocation.

All terms of the Agreement shall remain in full force and effect.

Please confirm your approval of this Addendum by returning a signed copy.

**AGREED AND ACCEPTED:**

_____      Date:_____
**TED B. LYON & ASSOCIATES**
18601 Lyndon B Johnson Fwy Suite 525
Mesquite, TX 75150

___/S/ *Michael T. Gallagher*___      Date:___06/24/2021___
**THE GALLAGHER LAW FIRM**
2905 Sackett St
Houston, TX 7098

_____      Date:_____
**WEST & ASSOCIATES, LLP**
320 S. RL Thornton Freeway Service Rd # 300
Dallas, TX 75203

_____      Date:_____
**THE BUTCH BOYD LAW FIRM**
2905 Sackett St
Houston, TX 77098-1127

___[signature]___      Date:___06/24/2021___
**THE BOYD SMITH LAW FIRM**
2905 Sackett St
Houston, TX 77098-1127

**AGREED AND ACCEPTED:**
**BRAZOS ELECTRIC POWER COOPERATIVE, INC.**

BY: _____      Date:_____
    Clifton Karnei
    Vice President and General Manager

4826-2487-9600.2                                    2

Fee under the Gallagher Law Firm Contingency Fee Allocation. The addition of the Assisting Firms in representing You in connection with the Matter will not affect the proportion of the Contingency Fee to any recovery made in connection with the Matter as provided for in the Agreement, nor will it affect the percentage of a Contingency Fee to which Ted B. Lyon & Associates or West & Associates would be entitled under the Firm Contingency Fee Allocation.

All terms of the Agreement shall remain in full force and effect.

Please confirm your approval of this Addendum by returning a signed copy.

**AGREED AND ACCEPTED:**

_____                    Date:_____
**TED B. LYON & ASSOCIATES**
18601 Lyndon B Johnson Fwy Suite 525
Mesquite, TX 75150


_____                    Date:_____
**THE GALLAGHER LAW FIRM**
2905 Sackett St
Houston, TX 7098


_____                    Date:_____
**WEST & ASSOCIATES, LLP**
320 S. RL Thornton Freeway Service Rd # 300
Dallas, TX 75203

_____                    Date:____6/24/21_____
**THE BUTCH BOYD LAW FIRM**
2905 Sackett St
Houston, TX 77098-1127


_____                    Date:_____
**THE BOYD SMITH LAW FIRM**
2905 Sackett St
Houston, TX 77098-1127


**AGREED AND ACCEPTED:**
**BRAZOS ELECTRIC POWER COOPERATIVE, INC.**


BY:   _____              Date:_____
      Clifton Karnei
      Vice President and General Manager

Fee under the Gallagher Law Firm Contingency Fee Allocation. The addition of the Assisting Firms in representing You in connection with the Matter will not affect the proportion of the Contingency Fee to any recovery made in connection with the Matter as provided for in the Agreement, nor will it affect the percentage of a Contingency Fee to which Ted B. Lyon & Associates or West & Associates would be entitled under the Firm Contingency Fee Allocation.

All terms of the Agreement shall remain in full force and effect.

Please confirm your approval of this Addendum by returning a signed copy.

**AGREED AND ACCEPTED:**

_____  Date:_____
**TED B. LYON & ASSOCIATES**
18601 Lyndon B Johnson Fwy Suite 525
Mesquite, TX 75150

_____  Date:_____
**THE GALLAGHER LAW FIRM**
2905 Sackett St
Houston, TX 7098

*Royce West by CAC*  Date: June 24, 2021
**WEST & ASSOCIATES, LLP**
320 S. RL Thornton Freeway Service Rd # 300
Dallas, TX 75203

_____  Date:_____
**THE BUTCH BOYD LAW FIRM**
2905 Sackett St
Houston, TX 77098-1127

_____  Date:_____
**THE BOYD SMITH LAW FIRM**
2905 Sackett St
Houston, TX 77098-1127

**AGREED AND ACCEPTED:**
**BRAZOS ELECTRIC POWER COOPERATIVE, INC.**

BY: _____  Date:_____
    Clifton Karnei
    Vice President and General Manager

Fee under the Gallagher Law Firm Contingency Fee Allocation. The addition of the Assisting Firms in representing You in connection with the Matter will not affect the proportion of the Contingency Fee to any recovery made in connection with the Matter as provided for in the Agreement, nor will it affect the percentage of a Contingency Fee to which Ted B. Lyon & Associates or West & Associates would be entitled under the Firm Contingency Fee Allocation.

All terms of the Agreement shall remain in full force and effect.

Please confirm your approval of this Addendum by returning a signed copy.

**AGREED AND ACCEPTED:**

_____    Date:_____
**TED B. LYON & ASSOCIATES**
18601 Lyndon B Johnson Fwy Suite 525
Mesquite, TX 75150


_____    Date:_____
**THE GALLAGHER LAW FIRM**
2905 Sackett St
Houston, TX 7098


_____    Date:_____
**WEST & ASSOCIATES, LLP**
320 S. RL Thornton Freeway Service Rd # 300
Dallas, TX 75203


_____    Date:_____
**THE BUTCH BOYD LAW FIRM**
2905 Sackett St
Houston, TX 77098-1127


_____    Date:_____
**THE BOYD SMITH LAW FIRM**
2905 Sackett St
Houston, TX 77098-1127



**AGREED AND ACCEPTED:**
**BRAZOS ELECTRIC POWER COOPERATIVE, INC.**


BY:    _____    Date:_____
         Clifton Karnei
         Vice President and General Manager

4826-2487-9600.2                                2

Fee under the Gallagher Law Firm Contingency Fee Allocation. The addition of the Assisting Firms in representing You in connection with the Matter will not affect the proportion of the Contingency Fee to any recovery made in connection with the Matter as provided for in the Agreement, nor will it affect the percentage of a Contingency Fee to which Ted B. Lyon & Associates or West & Associates would be entitled under the Firm Contingency Fee Allocation.

All terms of the Agreement shall remain in full force and effect.

Please confirm your approval of this Addendum by returning a signed copy.

**AGREED AND ACCEPTED:**

_____   Date:_____
**TED B. LYON & ASSOCIATES**
18601 Lyndon B Johnson Fwy Suite 525
Mesquite, TX 75150

_____   Date:_____
**THE GALLAGHER LAW FIRM**
2905 Sackett St
Houston, TX 7098

_____   Date:_____
**WEST & ASSOCIATES, LLP**
320 S. RL Thornton Freeway Service Rd # 300
Dallas, TX 75203

_____   Date:_____
**THE BUTCH BOYD LAW FIRM**
2905 Sackett St
Houston, TX 77098-1127

_____   Date:_____
**THE BOYD SMITH LAW FIRM**
2905 Sackett St
Houston, TX 77098-1127

**AGREED AND ACCEPTED:**
**BRAZOS ELECTRIC POWER COOPERATIVE, INC.**

BY: _/s/ Clifton Karnei_____   Date: 6/25/2021
Clifton Karnei
Vice President and General Manager

4826-2487-9600.2                                  2