**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| In re: | § | |
| | § | CASE NO. 21-30725 (DRJ) |
| BRAZOS ELECTRIC POWER | § | |
| COOPERATIVE, INC., | § | Chapter 11 |
| | § | |
| Debtor.[1] | § | |

**DECLARATION OF TED B. LYON IN SUPPORT OF THE DEBTOR'S
APPLICATION FOR AN ORDER AUTHORIZING THE RETENTION AND
EMPLOYMENT OF TED B. LYON & ASSOCIATES, THE GALLAGHER LAW FIRM,
AND WEST & ASSOCIATES, P.C. EFFECTIVE AS OF JUNE 3, 2021,
<u>PURSUANT TO 11 U.S.C. 327(a) & 328(a)</u>**

Pursuant to 28 U.S.C. § 1746, I, Ted B. Lyon declares as follows:

1.      I am the owner of the firm of Ted B. Lyon & Associates, P.C. ("<u>Ted B. Lyon &
Associates</u>") which maintains office for the practice of law at 18601 Lyndon B. Johnson Freeway,
Suite 525, Town East Tower, Mesquite, TX 75150.  I am an attorney at law, duly admitted in good
standing to practice in the State of Texas.

2.      I submit this declaration pursuant to sections 327(a) of title 11 of the United States
Code (the "<u>Bankruptcy Code</u>"), Rules 2014 and 2016 of the Federal Rules of Bankruptcy
Procedure (the "<u>Bankruptcy Rules</u>"), and the rules of this Court (the "<u>Local Rules</u>") on behalf of
Ted B. Lyon & Associates in support of the *Application of the Debtor for an Order Authorizing
the Retention and Employment of Ted B. Lyon & Associates, P.C., the Gallagher Law Firm, LLC,
and West & Associates LLP, Effective as of June 3, 2021, Pursuant to 11 U.S.C. 327(a) & 328(a)*

---

[1]      The Debtor in this Chapter 11 Case, along with the last four digits of its federal tax identification number is:
Brazos Electric Power Cooperative, Inc. (4729).  Additional information regarding this case may be obtained on
the website of the Debtor's claims and noticing agent at http://cases.stretto.com/Brazos.  The Debtor's address
is 7616 Bagby Avenue, Waco, TX 76712.

(the "Application"),[2] which was filed by the above-referenced debtor and debtor-in-possession (the "Debtor").  Except as otherwise noted, I have personal knowledge of the matters set forth herein.

### Qualifications of Ted B. Lyon & Associates

3.      I have over 45 years' experience representing clients in complex litigation, involving personal injury, wrongful death, products liability, and business disputes.  In 2010, I was appointed Special Prosecutor for the State of Texas. I served as District Attorney *Pro Tem* for Dallas County, where I obtained and prosecuted felony indictments against several Dallas County officials, including a sitting Constable, two Deputy Constables, and a former elected Dallas County Constable.  In 2009, I won the largest products liability verdict in Texas—*Wiles v. Ford*—and in 2008 my verdict in *Waltrip v. U-Haul International* of $84,000,000 was the largest personal injury verdict in Texas and fifth largest civil verdict in the United States.  In 2010, I argued the appeal in *Waltrip v. U-Haul International* which was the largest judgement ($39,000,000) upheld by the Dallas Court of Appeals in over 20 years.

4.      Ted B. Lyon & Associates is a trial law firm with over thirty years of litigation experience.  The law firm of Ted B. Lyon & Associates has a long track record of successful financial recovery.  In 2018, Ted Lyon & Associates attained a settlement for $173.3 million for current and former Dallas police officers and firefighters in their decades old class-action lawsuits against the City of Dallas.  In 2013, my firm attained a $27 million verdict against Enterprise Products Operating, LLC and Enterprise Texas Pipeline, LLC. That case stemmed from a massive, fatal explosion on Enterprise's North Texas 36 Pipeline in June of 2010.

---

[2]      Capitalized terms not defined herein have the meaning ascribed to them in the Application.

5.      I believe that Ted B. Lyon & Associates is well-qualified to assist the Debtor in pursuing possible claims against certain parties.

### Services

6.      Consistent with the Engagement Letter, the services that the Ted B. Lyon & Associates along with the Gallagher Law Firm, and West & Associates LLP, is expected to perform the following services: (a) a preliminary investigation of the Matter, advising the Debtor with the respect to the viability of the Matter, and if so requested, filing a complaint or complaints, conducting discovery and preparing for trial, trial and prosecuting and defending any appeals, as may applicable; and (b) interacting and coordinating with the Debtor's other professionals in furtherance of the Matter.  For the avoidance of any doubt,  the Firm's role will not include other aspects of the Debtor's chapter 11 bankruptcy.

### Compensation

7.      As more fully set forth in the Engagement Letter, the Firm has agreed to represent the Debtor based on a contingency fee.  Pursuant to the Engagement Letter, the Firm shall receive as fees one-third (1/3) of the value of any settlement, judgment or other recovery, in whole or in part, as related to the Matter.  The Firm will advance the costs and expenses incurred by the Firm in connection with the Matter.  The Firm shall first be reimbursed for any unpaid reasonable costs and expenses incurred by the Firm in connection with the Matter.  If no recovery is obtained, the Debtor will have no liability for any such costs and expenses, which shall be deemed waived.

8.      In the event that any of the recoveries obtained pursuant to the Engagement Letter are for attorney's fees or litigation expenses, any such amounts recovered shall be added to all other sums recovered, and the Firm's contingency fee will be calculated based on the total amount recovered, including attorney's fee.

9.      Prior to the June 3, 2021 (the "Retention Date"), Ted B. Lyon & Associates performed no services for the Debtor.  Additionally, Ted B. Lyon & Associates does not hold a retainer.  I believe that the Firm's contingency fee and expense structure is reasonable. The proposed contingency fee structure was the subject of arms' length negotiations between the Debtor and the Firm and is comparable to the contingency fee and expense structure that other comparable counsel would charge to do work substantially similar to the work the Firm will perform as special litigation counsel.

10.      The three law firms that are the subject of the Application have an agreement (the "Contingency Fee Allocation") amongst them to, in the event of a recovery related to the matter, divide the 1/3 contingency fee compensation amongst them as follows:

- Ted B. Lyon & Associates     37.5%
- The Gallagher Law Firm        37.5%
- West & Associates LLP         25%

11.      Other than the Debtor's agreement to compensate the Firm, and the Contingency Fee Allocation discussed above, Ted B. Lyon & Associates has not received any promises from the Debtor or any other person regarding the compensation or reimbursement of Ted B. Lyon & Associates in connection with the Debtor's Chapter 11 Case.

12.      I believe Ted B. Lyon & Associates is well-suited to provide the aforementioned services that will be of value to all parties in interest in the Debtor's Chapter 11 Case.

13.      Further, I understand that the Debtor retained other professionals in this Chapter 11 Case.  Ted B. Lyon & Associates has discussed its retention with Foley & Lardner LLP, the Debtor's special and conflicts counsel, and other professionals, and will take all appropriate steps

to avoid unnecessary and wasteful duplication of efforts by any other professionals retained in this Chapter 11 Case.

## Disinterestedness

14.     I conducted a review of potential connections and relationships between Ted Lyon & Associates and the categories of parties as set forth in **Schedule 1** hereto (the "Potential Parties in Interest").  Attached hereto as **Schedule 2** and incorporated herein by reference is a list of Potential Parties in Interest (or their affiliates) whom Ted B. Lyon & Associates has represented in the three years prior to the Petition Date, and may in the future represent in matters unrelated to the Debtor, the Debtor's Chapter 11 Case, such entities' claims against or interests in the Debtor, or the Matter.  Although Ted B. Lyon & Associates has represented, and may in the future, represent certain entities and individuals listed on Schedule 2 hereto, no representation reflected on Schedule 2 is adverse to the Debtor or its estate.

15.     Insofar as I have been able to ascertain after due diligence, neither I, Ted B. Lyon & Associates, nor any other attorney of Ted B. Lyon & Associates represent any party in interest or any other entity other than the Debtor in connection with this chapter 11 case. Thus, I believe the Ted B. Lyon & Associates is a "disinterested person" as the term defined in section 101(14) of the Bankruptcy Code, as required by section 327(a) of the Bankruptcy Code, and does not hold or represent an interest adverse to the Debtor's estate and (b) Ted B. Lyon & Associates has no connection to the Debtor, its creditors, or other parties in interest, except as may be disclosed herein.

16.     To my knowledge, Ted B. Lyon & Associates and each of its attorneys (a) are not creditors, equity security holders, or insiders of the Debtor; (b) are not and were not, within two years before the Petition Date, a director, officer, or employee of the Debtor; and (c) do not have any interest adverse to the interests of the Debtor's estate or of any class of creditors or equity

holders, by reason of any direct or indirect relationship to, connection with, or any interest in, the Debtor, or for any other reason, except as disclosed in Schedule 2.

17.     Further, to my knowledge, neither Ted B. Lyon & Associates nor any of its attorneys have any connections with the United States Trustee or any person employed in the Office of the United States Trustee and/or the United States Bankruptcy Court for the Southern District of Texas except as set forth in Schedule 2.

### Attorney Statement Pursuant to Revised UST Guidelines

18.     The following is provided in response to the request for additional information set forth in Paragraph D.1. of the *Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed under 11 U.S.C. § 330 by Attorneys in Larger Chapter 11 Cases Effective as of November 1, 2013* (the "Revised UST Guidelines"):

    a.  **Question**: Did you agree to any variations from, or alternative to, your standard or customary billing arrangements for this engagement?

      **Answer**: No.

    b.  **Question**: Do any of the Ted B. Lyon & Associates professionals in this engagement vary their rate based on the geographic location of the Debtor's chapter 11 case?

      **Answer**: No.

    c.  **Question**: If Ted B. Lyon & Associates has represented the Debtor in the 12 months prepetition, disclose Ted B. Lyon & Associates billing rates and material financial terms for the prepetition engagement, including any adjustments during the 12 months prepetition. If Ted B. Lyon & Associates billing rates and material financial terms have changed postpetition, explain the difference and the reasons for the difference.

      **Answer**: N/A.

    d.  **Question**: Has your client approved your prospective budget and staffing plan and if so, for what budget period?

**Answer:** Ted B. Lyon & Associates will periodically review staffing and budget issues with the Debtor and coordinate with the Debtor's other professionals to ensure there is no duplication of efforts.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing

is true and correct.

Dated: June 23, 2021

/s/

Ted. B. Lyon
Partner
Ted B. Lyon & Associates

# **SCHEDULE 1**
# **PARTIES-IN-INTEREST LIST**

## Schedule 1

Potential Parties In Interest

**Debtor**
Brazos Electric Power Cooperative, Inc.

**Directors**
Alexander, Kenneth
Allen, William L
Ancell, Larry Dale
Bays, Larry  (Director)
Berend, Adam
Beth Mcginty
Bradford Henry J (Dir. Bartlett-7/21/99)
Calhoun James   (Mgr.Navasota Valley)
Camp, Kenneth
Cantrell, Thomas
Carlisle, Monty
Cobb, Jerry
Corbett, Larry
Craddock, N L
Deal, Clifford
Denning, Randy
Driver, James
Duvall, Robert C
Ellis, Marvin
Gardner Leroy--Navasota Bod 1/27/99
Geer,Clyde
Geeslin, Brian
Gerald,Jr., P. M.
Gillespie, Billy
Gregg, Don R.
Hartgraves, John
Hesse, Neil J.
Hilbers, Bernard
Hollas, Kenneth
Hooper, Melvin Kim
Hughes, Glenn - Smec Dir Wise
Ickert, Rick
Jones, Billy
Jones, Glenn
Jones, John - Smec Dir Ucs
Jones, Steve
Kelton Kerry (Mgr.-Mid South)
Krahl, Robert - Smec Director Jac
Lane, Bennie
Lasater, Cody
Lee Don -Director Tri County 4/99
Lemons Gerald W-- (Manager-Hilco)

Lesley, Alan
Lewis,Robert T. Jr
Lightfoot, Bryan (Home Address)
Marek, Joe
Martin, David
Mcginty, Beth
Mclennan County Electric Coop
Mcwhorter Dennis    (Mid-So)
Miller, Larry
Montgomery, Kendall
Morris, Audie
Muir, Richard
Murphree, James
Parker, Fred
Peek, A. J.
Pelzel, Leon A.
Pennington, Jim
Perry, John - Smec Dir Navasota Valley
Pickett, Jack
Pierce, Walt
Pulliam, W L
Ragsdale, William
Raibourn, Joe
Roberts, Ronald R
Robinson, Ronnie
Sears, Sarah
Sheffield, Trisha
Shirley, Marshall - Smec Dir Midsouth
Smith, Janet L.
Solomon, Ruby
Stroebel, Loren
Stubbs, Mark
Tally, Curtis
Thiess, George
Urbanovsky, Eugene - Smec Dir Bartlett
Vaden, Anne
Ward, Ned
Wiley, Shane
Wood, Jorden
Young, Brandon
Young, Steve

**Members**
Bartlett Electric Cooperative, Inc.
Comanche County Electric Cooperative
    Association

1

Cooke County Electric Cooperative Association, Dba Pentex Energy
Denton County Electric Cooperative, Inc., Dba Coserv Electric
Fort Belknap Electric Cooperative, Inc.
Hamilton County Electric Cooperative Association
Heart of Texas Electric Cooperative, Inc.
Hilco Electric Cooperative, Inc.
J-A-C Electric Cooperative, Inc.
Mid-South Electric Cooperative Association
Navarro County Electric Cooperative, Inc.
Navasota Valley Electric Cooperative, Inc.
South Plains Electric Cooperative, Inc.
Tri-County Electric Cooperative, Inc.
United Electric Cooperative Services, Inc., Dba United Cooperative Services
Wise Electric Cooperative, Inc.

**Collateral Agent**
Credit Suisse

**Indenture Trustee**
Regions Bank

**Deed of Trust Trustee**
Meade Bauer

**Note Purchasers**
American Equity Investment Life Insurance Company
American United Life Insurance Company
Aviva Life And Annuity Company
Berkshire Life Insurance Company of America
Cobank, Acb
Colonial Life & Accident Insurance Company
Connecticut General Life Insurance Company
Cotton States Insurance Company
Country Life Insurance Company
Country Mutual Insurance Company
Farm Bureau Life Insurance Company of Michigan
Federated Rural Electric Insurance Exchange
Hartford Accident And Indemnity Company
Hartford Life Insurance Company
Hartord Investment Management Company
Horace Mann Life- Hm-Lic-An
Horace Mann Life Insurance Co.- Hm-Lic-Lf
Life Insurance Company of North America
Mellon Trust
Metropolitan Life Insurance Company

Midland National Life Insurance Co Rga Annuity Reinsurance
Midland National Life Insurance Co Rga Annuity Reinsurance 2
Midland National Life Insurance Company - Boll
Midland National Life Insurance Company/Annuity
Midland National Life Insurance Company/Main
Mtl Insurance Company
National Guardian Life Insurance Company
National Rural Utilities Cooperative Finance Corporation
New York Life Insurance And Annuity Corporation
New York Life Insurance Company
North American Company For Life And Health Insurance/Annuity
North American Company For Life And Health Insurance/Main
Ohio National Life Assurance Corporation
Pacific Life & Annuity Company
Pacific Life Insurance Company
Paul Podany
Pioneer Mutual Life Insurance Company
Prime Advisors, Inc.
Provident Life And Accident Insurance Company
Security Benefit Life Insurance Company
Texas Life Insurance Company
Texas Life Mod - Co
The Guardian Life Insurance Company of America
The Ohio National Life Insurance Company
The Paul Revere Life Insurance Company
The Prudential Insurance Company of America
The State Life Insurance Company
Union Fidelity Life Insurance Company
Unum Life Insurance Company of America
Wilton Reassurance Company - Health Markets
Wilton Reassurance Life Company of New York

**Lenders**
Bank of America N.A.
Bank of Tokyo Mitsubishi Ufj, Ltd.
Branch Banking & Trust Company
Cobank, Acb
Comerica Bank
MUFG Bank Ltd.
National Rural Utilities Cfc

National Rural Utilities Cooperative Finance
    Corporation
Regions Bank
United States of America
Wells Fargo Bank N.A.

**Banks**
Bank of America Corporate Center
Bank of America N.A.
Branch Banking & Trust Company
Cobank, Acb
Comerica Bank
Federal Financing Bank
Frost
JPMorgan Chase Bank
MUFG Bank Ltd.
National Rural Utilities Cooperative Finance
    Corporation
Regions Bank
Rural Utilities Service
Wells Fargo
Wells Fargo Bank N.A.

**Counterparty to a Credit Position**
ADM
AEP Energy Partners
Bank of Tokyo
BP Energy
Calpine
Cargill
Compass
Conoco Phillips
Edf Trading (Qeagl)
Endure Energy
Energy America (Direct)
Ercot
Exelon
J. Aron
J. P. Morgan
Lcra
Luminant
Merrill Lynch (Fka B of A)
Miso
Morgan Stanley
Nextera Energy (Fpl Energy)
Rainbow Energy
Royal Bank of Canada
Shell Energy
Stec
Suez
Wells Fargo Bank N.A.

**Litigation**
Covenant Church
DRH Land Opportunities I Inc.
Erik W. Dennis
Integrity Power Solutions LLC
North American Electric Reliability Corporation
Ople Prairie Oaks Development Inc.
Perry Homes LLC
Public Utility Commission of Texas
Sandlin Brothers Property Co. LLC
Simmons Bank
Specialty Fabrication LLC
The Rudman Partnership Ltd.
Trez Capital Funding Ii LLC
Weekley Homes LLC

**Contract Counterparty**
7X Energy, Inc.
Aces Power Marketing LLC
Atmos Pipeline - Texas
Bank of America Corporate Center
Cima Energy, Ltd
Citi Bank, N.A.
Concord Energy LLC
Conocophillips Company
Coral Power, LLC
Denton County Electric Cooperative, Inc., Dba
    Coserv Electric
Duke Energy Corporation
Energy Transfer Fuel, Lp
Enterprise Products Operating, LLC
Etc Marketing, Ltd
Fpl Energy Power Marketing, Inc.
Freepoint Commodities, LLC
Haney Law, Pc
Hill Lake Gas Storage, LLC
J. Aron & Company
JPMorgan Chase Bank, National Association
Koch Energy Services, LLC
Lapetus Energy Project, LLC
Lower Colorado River Authority
LS Power Development,LLC
Mercuria Energy America Inc.
Merrill Lynch Commodities, Inc.
Morgan Stanley Capital Group Inc.
Njr Energy Services Company
Sandy Creek Energy Associates, L.P.
Shell Energy North America (Us), L.P.
Southwestern Power Administration
Tenaska Energy Holdings, LLC
Tenaska Energy, Inc.

3

Tenaska Marketing Ventures
Tenaska Power Services Co.
The Bank of Tokyo-Mitsubishi, Ltd, New York
    Branch
Total Gas & Power North America, Inc.
Wachovia Bank, National Association.
Wells Fargo Bank N.A.
Worsham-Steed Gas Storage, Lp

**30 Largest Unsecured Creditors**
Bank of America N.A.
Bank of Tokyo
Breaux Ernest P Electrical
Cima Energy Lp
Concord Energy LLC
Electric Reliability Council of Texas
Etc Marketing, Ltd
Freepoint Commodities LLC
General Electric International
J. Aron & Company
J. P. Morgan
Koch Energy Services, LLC
Lower Colorado River Authority
Mercuria Energy America Inc.
Merrill Lynch Commodities, Inc.
Mica Steelworks Inc
Michels Corporation
Morgan Stanley
Nextera Energy Marketing LLC
Njr Energy Services Company
Pike Electric
Shell Energy North America (Us), L.P.
Siemens Energy Inc
South Plains Electric Cooperative
Sun Coast Resources Inc.
Techline Inc.
Tenaska Marketing Ventures
Tenaska Power Services Co.
Total Gas & Power North America, Inc.
Wells Fargo Bank N.A.

**Vendors**
 (Power&Water)
1 Priority Environmental Servi
2/90 Sign Systems (Grand Rapids,Mi)
3M Inc.
4-Star Hose & Supply, Inc.
855 Bugs.Com
A & D Tests, Inc. (Temple Tx)
A+ Porta Kans
A-1 Building Supply

A-1 Fire & Safety Security Equipment Co.
Abb Automation Inc
Abb Enterprise Software, Inc.
Abb Inc (Cleveland Oh) Prev Bailey Contr
Abb Industrial Automation USA
Abb Instrumentation C/O Andon
Abb, Inc.
Abb, Inc. C/O Davidson & Assoc
Abel Plumbing
Abm Janitorial Services - Sout
Ac'Cent Environmental Services
Accent Foods
Ace Commercial Fence Inc
Aces Power Marketing (Wire)
Act Pipe & Supply
Acuren Inspection (Frmly M&M Eng)
Acuren Inspection Inc.
Adenin Technologies Inc.
Advance Cooling Towers
Advance Thermal Corporation
Advanced Turbine Support, LLC
Aegis
Aeon Pec
Aepep
Aerobic Septic Pros
Aerofin Heat Transfer Products
Air Cleaning Technology, Inc
Air Dimensions, Inc.
Air Power Sales & Service (Lon
Aire Serv of Weatherford
Airgas USA, LLC
Airmasters Heating & Air Cond (Clebburne
Aj Rental Dallas Inc
Alamo Pump Co.
Alenco Communications
Alfa Laval Inc (Frmly Air Cool
A-Line T.D.S.
All Purpose Safety Training S
Allesco (Houston)
Alliance Communications
Alliance Source Testing (Decat
Allied Electronics (Box 2325)
Allied International Emergency, LLC
Allied Oil And Supply, Inc
All-Pro Fasteners, Inc.
Allterra Central, Inc.
All-Tex Pipe & Supply (Dallas)
All-Tex Pipe & Supply, Inc. (Ft Worth)
Alltite, Inc
Als Consulting LLC
Alta Clean

Altec Hiline, LLC (New Equipment)
Altec Industries, Inc.
Altec Supply (Parts/Ser/Rental/Used Equi
Ambold'S Key & Lock Company
Amercable Incorporated
American Brothers Cleaning
American Concrete Co
American Efficiency Services,
American Electric Power (Box 3
American Fence Co. Inc. (Rockwall,Tx)
American Flag And Banner Compa
American Leak Detection
American Office Supply
American Piping Inspection
American Power Services, Inc.
American Power Systems, LLC
American Professional Staffing
American Test Center
American Underwater Services I
American Van Equipment
Ametek Power Instruments (Box
Ametek Power Instruments (C/O Ev Smith)
Ametek Power Instruments-Pulsar Products
Ametek, Inc.
Ametek/Solidstate Controls (Bo
Ampair Inc
Analytic Stress
Analytic Stress Relieving, Inc
Anchor Industrial
Andritz Separation Inc
Andy'S Tire Service
Angiel Electrical Construction
Anixter Power Solutions (Corinth,Tx) Ord
Anixter, Inc  (Box 842584)
Anodamine, Inc.
Anthony Boiler Company, Inc.
Anvil Int'L (Fka Megawatt Machine Svc)
Anylabtest
Aquatech International Corpora
Aramark Uniform Services
Arbiter Systems Incorporated
Arbor Works Utility Services-C
Arc Abatement, Inc.
Archer County Tax Assessor/Col
Archive Supplies, Inc.
Arcman Corporation
Arise, Inc.
Arizona Department of Revenue
Arm-Tex Corp
Arnold Isolierungen
Array Enterprises, Inc.(Butter

Arrow Air Conditioning, Inc.
Arrow Ford
Arrow Magnolia International,
Arrowhead Contractor Supply
Asce/Membership  (Box 79084)
Ascension Medical Group
Asco/Associated Supply Co
Asentria Corporation
Ash, Brian E.
Ashley Douglass
Asme  (Box 36037)
Aspen, Inc.
AT&T
AT&T Long Distance  (Box 5017)
AT&T Mobility  (Box 6463)
Atascosa Co. Tax Assessor/Coll
Atlantic Coast Textiles
Atlantic Group, Inc. (Agi)
Atlantic Group, The & Dz Atlan
Atlas Commodities, LLC
Atlas Copco Compressors (Palat
Atlas Copco Compressors LLC (Houston)
Atlas Copco Rental LLC
Atlas Machine & Welding Servic
Atmos Energy  (Box 790311)
Atmos Pipeline - Texas
A-Top Roofing Company (Springt
Augusta Realtors (Tannehill Co
Austin Electric
Austin Energy  (Box 3513)
Austin Sales & Scaffold
Austin White Lime Company
Automatic Chef
Automation Direct
Autonomic Software, Inc.
Avalon Urgent Care
Aveva Software, LLC.
Aviat Networks (Palatine,Il)
Aviat U.S., Inc.
Aviation Laboratories
Awc, Inc. (Farmers Branch,Tx)
Awc, Inc.- Automation Division (Houston)
Axiom Advertising Waco (Shirts
Axis Construction, Lp (Ft Wort
B & H Transmissions
B & R Machining Services
B&H Photo-Video
B.E. Atlas Company
B+B Smartworx
Babbitt Bearings LLC, J.D.'S
Babcock Power Services Inc.

Bailey Boiler Supply
Baird, Hampton & Brown
Baker Botts LLP
Baker Corp (Arlington, Tx) Orders
Baker/Moran
Ballew'S Petroleum Equipment
Bandera Electric Cooperative, Inc.
Bank of America N.A.
Bank of Tokyo-Mitsubishi Ufj,
Barclays Bank
Barnett, Kevin
Baron USA, LLC
Barron, Clifford
Bartlett Electric Coop-Inv./Vo
Bartlett, City Of
Baseload Power Gen. Parts And
Basic Industries, Ltd (Use Brase Integr)
Basin Water Resources
Bassell Pam, Chapter 13 Truste
Batterysharks (Remit To)
Bauhaus Interiors
Baylor County Appraisal District
Bcsw (Baird, Crews, Schiller &
Beamex, Inc.
Bearcom, Inc.
Beard, Heidi L.
Beavers Dozer & Land Managemen
Bell County Appraisal District
Beloit Health System
Benke Ear Nose & Throat
Bennett, Carmen D
Bennett's
Bentley
Bentley Systems (Software Maintenance)
Bently Nevada, LLC (Minden,Nv)
Best
Bethesda Water Supply Corp.
Bha Altair, LLC
Big Tex Trailer World Inc
Bill Utter Ford, Ltd
Bing, Andrew
Bio-Aquatic Testing, Inc.
Bird-Kultgen Ford, Inc. (Waco)
Bizlibrary
Bkd Cpas & Advisors
Black Box Corporation
Blue Cross Blue Shield of Texa
Blue Cross Medicarerx (Pdp)
Blueline Rental, LLC
Bluetarp Financial, Inc. (1055
Blx Group LLC

Boa Med Plan Dep-Bcbs
Bobcat of Fort Worth
Boiler Tube Company of America
Bolivar Water Supply Corporati
Bolttech Mannings Inc.
Booth, Joe
Bosque County Tax Assessor/Col
Bowen Landscape
Bowie Line Crew
BP Energy
Bp Energy Company
Brace Integrated Services, Inc.
Brady Worldwide, Inc.
Bragg Trailers, LLC
Brandfx
Brandon & Clark, Inc. (Box 315
Bray Sales Texas (Houston)
Brazos Companies-Braz2010/Red
Brazos County Tax Assessor/Col
Brazos Elect Power Coop 401K
Brazos Elect Power Coop Flex.
Brazos Electric Ad Valorem Tax
Brazos Electric Constr. Fund-P
Brazos Electric Power Coop
Brazos Electric Power Coop Pay
Brazos Electric Power Coop Row
Brazos Electric Power Coop.,Inc.(New Hq)
Brazos Electric Power Coop-Inv
Brazos River Authority--Remit
Brazos Sandy Creek Cooperative
Brazos Sandy Creek Electric Coop
Brazos Valley Insurance (Box 2
Breaker Broker
Breaux Ernest P Electrical
Brenntag - (J.A.M. Distributing Co. Dal)
Brenntag Lubricants Central
Brenntag Southwest, Inc.
Breviloba LLC
Bridgette'S Cleaning
Brooks Manufacturing Co. (Remi
Brown County Appraisal District
Brownsville, City Of-Public Ut
Brush Generator & Motor Serv (T-Creek,Pa
Brush Generator And Motor
Brushy Creek Industrial Soluti
Bryan Texas Utilities
Bryan Texas Utilities (Btu)100
Bryan Utilities (Box 8000)
Bryan, City Of/Btu (1000)
Btu Brokers, Inc. (Formerly Pr
Buffalo Pumps Inc

Buie, David Hunter
Bullen Pump & Equipment Inc
Bullet Delivery Service (Remit
Burns & Mcdonnell
Burns Controls Company (Dallas) Orders
Butler & Land (Beckwith)
Butler & Land, Inc.
C & M Precast Concrete Co.
C & P Pump Services, Inc. (Box
C.I. Actuation (Houston)
Caldwell
California - Franchise Tax Boa
California Analytical Instruments, Inc.
Calpine Energy Services
Calpine Power Services
Cap Rock Telephone Coop ( Remi
Capital Title of Texas, LLC
Capitol Medical Service, LLC.
Capstone Mechanical
Cardinal Pumps & Exchangers
Cbre Inc - Valuation And Advis
Cbs Arcsafe, Inc. (Denton,Tx)
Cce Inc - Crane & Hoists
Cch Incorporated Aka Wolters K
Cci Power Supplies  (Milwaukee,Wi)
Ccl Laboratories, Inc., D.B.A
Cdw, Inc.
Cemtek Kvb-Enertec - Orders
Central Texas Telephone Coop
Century Instrument Co
Centurylink
Centurylink (Fmr Embarq) - 296
Centurylink (Formerly Qwest)
Cf Supply
Cfc
Chain Electric Company
Champion Equipment Co., Inc.
Chapman Construction Co., L.P.
Chapman Construction Company
Charlie's Wrecker Service
Chem Can Services, LLC
Chemco Systems, Lp (Monongahela,Pa)
Chemical Weed Control
Chemtreat, Inc.
Cherokee County Electric Coope
Chesapeake Energy Marketing
Childress Co. Appraisal Distri
Choice Power, L.P.
Christian Transportation Inc
Christopher S. Till, Trust Acc
Chromalox Inc. (Box 536435)

Cima Energy, Lp
Cimarex
Cincinnati Fan
Cincinnati Fan & Ventilator Co
Cintas Fire Protection
Cintas First Aid & Safety
Circle C Services, Inc
Cirrus Associates, LLC
Citi Group Energy Inc.
Citigroup Energy
City of Celina
City of Denton Municipal Utili
City of Fort Worth Water Depar
City of Frisco - Remit
City of Garland
City of Granbury
City of Hearne
City of Hearne - Garbage
City of Hudson Oaks
City of Lewisville
City of Mesquite
City of Plano
City of Sanger
City of Seymour
City of The Colony, Texas
City of Whitesboro
City Pipe (Don'T Use) See 4381
City Public Service  (Box 1771
Ciuba, Robert
Cks Management
Clark Equipment Co Dba Bobcat
Clark Rotating Equipment Servi
Clark-Reliance Corp (Pittsburg
Classic Filter & Equipment Ltd
Cla-Val Company
Clay County Appraisal District
Clayton's Commercial Cleaning
Cle International-(Texas Wetla
Cleaver-Brooks Sales And Service (Dallas
Cleburne Fence Company (Quotes
Cleburne Glass Co
Cleburne Propane
Cleburne Times-Review
Cleburne Welding & Industrial
Cleburne, City Of
Clinics of North Texas LLP
Clover Telecom
Cmi Energy LLC
Cnp Houston Electric-Wire(6148
Cody, Coye C.
Cohn & Gregory  (Box 671435)

7

Cohn & Gregory Supply, LLC (Cleburne,Tx)
Cole-Parmer Instrument Co.(Chi
Cole's Portable Sanitation Ser
College Station, City Of
Collet And Associates
Collin County Tax Assessor/Col
Colonial Life
Comanche Co. Tax Assessor/Coll
Comanche County Abstract Compa
Comanche County Water Supply
Comanche Electric Coop-Inv/Vo.
Comerica Commercial Card Servi
Comerica Wealth Management
Commodity Chemicals-Jack County
Communications Supply Corp.(34
Community Med Family Urgent Ca
Community Telephone Company
Compass Bank
Compressed Gas Technologies, I
Comsearch
Comsearch (Ashburn, Va) Orders
Conax Technologies LLC
Concentra Medical Centers (Add
Conco Services Corporation (Mfg.)
Concord Energy
Concord Robbins Wsc
Condit Company, Inc., The (Rem
Connally, Richard
Conocophillips
Conocophillips Company
Conroe Concrete, Ltd (Yancy Ready Mix)
Consolidated Communications
Consolidated Communications Tx
Consolidated Water Solutions
Consor Engineers LLC (Dga Us U
Continental Reliability LLC
Continental Valve & Machine (L
Contractor Environmental Servi
Control Components Inc(Rancho
Control Line Equipment, Inc.
Control Panels USA, Inc. (Aust
Controlled Fluids, Inc. (Beaum
Converge One (Prev Alexander O
Cooke County Appraisal District
Cooke Power Services
Cooling Tower Depot, Inc.
Cooper Power Systems
Cormetech, Inc.
Corrpro Companies (Houston)
Coryell Co. Tax Assessor/Colle
Cosa Xentaur

Coserv (Box 650785)
Coserv Electric -Inv/Vo./Je
Coshocton Regional Medical Cen
Cottle County Appraisal District
Cowboy Church of Ennis
Cox/Mclain Environmenetal Cons
Cpi Group
Crane Inc., John
Craneworks of North Texas
Critical Site Solutions, Inc.
Crosby County Appraisal District
Cross Plains Oil Field
Cross Texas Transmission, LLC
Cross Timbers Water Supply Cor
Crowder Construction Co.
Crown Equipment Corp.
Crown Lift Trucks
Crown Products, Inc. (Tulsa,Ok
Croy Landscaping (Varmint Fenc
Croy, Mark E.
Csc - Communication Supply Corp
Csut Spetech
Ctrma Processing
Ctwp (Central Texas Word Proce
Cummings Westlake LLC
Cummins Southern Plains, LLC D
Curly's Plumbing & Big Blade Sewer Svc
Curvature (Fmly Network Hardware Resale)
Custom Pump And Windmill Suppl
Cutsforth Inc.
Cw Clinic
Cwc Right of Way, Inc. (Corpor
D & J Trucking (David Hodge)
D Commerical Refrigeration
D. Palmer Contracting LLC
D.H. Pace Company, Inc
Daffan Cooling & Heating
Daikin Applied Americas, Inc.
Daley Tower Service, Inc.
Dallas Co. Tax Assessor/Collector
Dallas Fluid Systems, LLC (Swa
Dallas Morning News, The--6300
Daniel & Susan Regalado
Daniel Measurement & Control Inc.(Sales)
Daniel Measurement & Control(Order)Houst
Daniel Measurement Services, Inc.(Housto
Daniels Measurement
Dannenbaum, LLC
Darryle Taylor'S Lawn Tech, Inc.
Data-Connect Enterprise/Arc Electronics
Dave, Punit

8

Davis Steel Services   (Orders
Davison Van Cleve Pc
Dawson & Sodd, LLP Trust Accou
Dcs Center
Dealers Electrical Supply
Deep East Texas Electric Coop-
Degree Cooling Towers, LLC
Dell Direct Sales L.P. (Austin
Dell Inc.
Delta M Corporation
Delta Rigging & Tools
Delta Steel Lp-Remit
Deltak Construction Services Inc
Deltak, L.L.C. (Plymouth,Mn)
Denton County Tax Office
Department of State Health Ser
Detection & Measurement System
Det-Tronics (Houston)
Devon - Remit  (Fmr Mitchell)
Devon Gas Services
Dexter Cemetery Association
Dezurik C/O New Gen Prod
Dfw Floor Pro's & Janitorial
Dfw Materials (Saginaw,Tx)
Diamond Systems Inc
Dickens County Tax Assessor/Co
Diebold Power Solutions LLC
Digital Control Systems
Diligent Corporation
Dilo Company, Inc. (Odessa,Fl)
Direct Energy Business
Direct Energy Business Marketing
Dis-Tran Steel, LLC (Quote/Order)
Division 7 Waterproofing, LLC
Dmc Carter Chambers (Use Setpoint Integ)
Doble Engineering (C/O Energy Reps)
Doble Engineering Company
Doherty Brothers Construction
Donaldson Company, Inc.(Orders
Donna Freeman - Buyer
Dooley Tachaberry, Inc.
Dooley Tackaberry
Doosan Turbo Machinery Service
Doskocil Dozer Service
Doskocil, Todd
Dot/Phmsa
Double D Drilling
Douglass Distributing Co (Dall
Douglass Express Enterprises,
Douthitt, Rondy
Drs Marlo Coil

Dtn, LLC (Fkna-Telvent)
Dub-L Tape, Inc.
Duke Energy Renewables
Duncan Oilfield Const. & Equipment Sales
Dupont Building, Inc. (Bell Ci
Dupuy Oxygen & Supply Company
Dwyer Instruments, (Michigan City) Order
Dwyer Instruments, Inc.  (Box 338)
Dxp Enterprises, Inc.
Dxp Superstore
Dxp-Do  Not Use (Wichita Falls)
Dyna Systems
Dynagrid Construction Group (L
Dynamark Industries
Dynamic Ratings, Inc.
E P Drilling
Eads
Eads Company, The
Eagle Eyes Janitorial (Granbur
Eagle Industries of La, LLC
Eagle Remediation & Demolition
Eastland Co. Appraisal Distric
Eaton Corporation
Ebix Inc.
Edf Trading North America
Edf Trading North America, LLC
Edko, LLC   (Formally Spraymax) (Tyler)
Eggelhof Inc
Ehresmann Engineering, Inc.
Eis, Inc.
El Pasop Phoenix Pumps Inc
Electric Transmission Tx, LLC
Electrical Power Products, Inc
Electromark (Chicago)
Electromark Company
Electroswitch
Elite Supply Partners (Fmly Ci
Elliott Electric (Box 206524)
Elliott Electric Supply (Bridgeport)
Ellis County Medical Associate
Ellis County Tax Assessor/Coll
Elogger
E-Max Instruments, Inc.
Emedco
Emerson Process Management
Emerson Process Valve Automation Inc
Ems USA, Inc. (Houston) Orders
Encari
End 2 End Technologies, LLC
Endress+Hauser
Endress+Hauser, Inc. C/O Vector Controls

Endure Energy
Energized Substation Maintenan
Energy Transfer Fuel, Lp
Energy Transfer Fuels
Energy Worldnet, Inc. (Decatur)
Engie Energy Marketing Na
Engine Cleaning Technology, In
Engineered Exteriors, LLC.
Engineered Parking Systems (Or
Enlink Gas Marketing
Ensafe Inc.
Enstor Energy Services
Entergy
Entergy Gulf States Inc (Remit
Enterprise Products Operating
Enterprise Texas Pipeline LLC
Enverus (Drilling Info, Inc.)
Environment One Corporation
Environmental Logistics Company
Environmental Systems Corporat
Epic Communications
Epm Power & Water Solutions In
Epoxy Design Systems, Inc (Eds)
Equipment Depot, Ltd. (Ft Wort
Erath Co. Tax Assessor/Collect
Ercot
Ercot/Blue Building
Ercot-The Texas Connection-Wir
Ergon Refining, Inc.
Ergon, Inc. (Transformer Oil)
Erico
Eriks  (Was Lewis-Goetz)
Erwin Construction (Kyle)
Erwin Water Well Drilling
Esc Engineering
Esi Fire & Security Protection
Espinoza Fencing
Esquire Fire & Safety (Waco)
Etc Endure Energy
Etc Marketing, Ltd
Etec Industrial Services, LLC
Ethosenergy Power Plant Servic
Euci
Evans Enterprises, Inc. (Wichita Falls)
Evergreen North America
Eversheds Sutherland (Us) LLP
Evoqua (Holland Mi)
Evoqua Water Technologies LLC
Exelon Generation
Exelon Generation Fka Constell
Expertpay

Fabenco Inc.
Falcon Steel Company
Falls County Tax Assessor/Coll
Family Clinic of Bridgeport
Famous Mineral Water Co.
Famous Water Company
Fannin County Electric Coopera
Farm & Ranch Construction LLC
Farmer Environmental Group, LLC
Farmers Electric Cooperative,I
Fastenal Company (Weatherford)
Fastenal Waco (Txwac)
Fayette Electric Cooperative
Fdl Operating LLC
Fed Ex  (Box 660481)
Fed Ex Freight
Federal Financing Bank
Federal Steel Supply, Inc.
Federated Rural
Feeding Texas
Fenwick, Nick
Ferguson Enterprises Inc. (Box
Ferrellgas
Fikes Wholsesale, Inc.
Filter Technology Co Inc
Fink & Co, Inc
Fire & Safety Inc. (Wichita General)
Firetrol Protection Systems (Ft. Worth)
Firmin Business Forms
First Choice Coffee Services
Firstmark Foundations
Fitch, Inc.
Fitzgerald Lawnscaper
Flanders Electric
Flex-Kleen Filtration Technolo
Floresville Electric Power Sys
Floresville, City Of
Flotech Inc
Flow Americas, LLC
Flow Technology
Flower Mound, Town of
Flowmatics Inc
Flowserve (Houston) (Pump Gasket & Oring
Flowserve Corp - Box 822503
Flowserve Fcd Corp (Flow Contr
Flowserve Fsd Corp (Pump Division - Hou)
Flowserve Pump Corp (Houston) Orders
Flowserve Pump Division (New R
Flowserve Us Inc. --Remit 9132
Fluid Flow Products -Fmly Condit Company
Fluid Power Products

Fluitec
Fluke Electronics Corp
Fluke Electronics Corp Calibration (Orde
Flw, Inc.
Fm Global
Foard County Appraisal District
Foley Gardere LLP
Ford Av
Forensic Metallurgy, Inc.
Form Automation Solutions, Inc
Fort Worth Gasket & Supply
Fracht Express, Inc.
Franklyn W. Kirk Company
Fred Garrison Oil Company
Freepoint Commodities
Freepoint Commodities LLC
Freese And Nichols, Inc.
Freestone Co. Tax Assessor/Col
Frontier Communications
Frontier Waste Solutions
Frost Bank
Fsti, Inc.
Ft Belknap Electric Coop.-Inv/
Ft. Wolters Machine & Tool
Fti Group (Nampa, Id) (Quotes/
Fuel Masters LLC
Fuseco, Inc. (Dallas)
Gaas, Richard And Cathy
Gai-Tronics
Garland Isd
Garland, City of  (Box 461808)
Garner Pipe And Supply
Garratt-Callahan Company
Gas Equipment Company, Inc. (B
Gas Turbine Efficiency, LLC
Gc3 Specialty Chemicals, Inc.
Gdc Industrial, Inc.
Gds Associates, Inc.
Ge Betz,Inc (Use Ge Power & Water 29176)
Ge Energy - Technical Training
Ge Energy Management (Mutlin)
Ge Energy Services
Ge Energy Services (C/O Troy Bohnert)
Ge International,  C/O Troy Bohnert
Ge International, Inc. (Box 84
Ge Mds, LLC
Ge Steam Power Inc (Atlanta)
Gea of Texas, Inc.  (9434 Old
General Electric Intl (Smart Signal) Ga
General Electric, C/O Tec Utility Supply
General Monitors (734111)

General Rubber Corp. (Tucson, Az)
Genesis Systems Inc.
Gensuite, LLC
Geocue Group
George's
George's #2
Gilbert Environmental, Inc.
Gilbert, Troy
Gilliam Contracting, Inc. (Waco,Tx)
Glenn Aire
Glenn Heights, City of (Water)
Glidepath Power Solutions LLC
Global Energy & Water Consulti
Global Equipment
Global Industrial Equipment
Global Rental Co, Inc.
Global Servo Hydraulics Inc  (
Global Software, Inc.
Golden Spread Electric Coop, I
Gonzalez, Daniel
Good Technology
Goodson Golf & Utility Cars
Goodyear Tire And Rubber Compa
Gorman Mechanical
Got To Go Solutions, Inc.
Gp Strategies Corp
Grable Oil Company
Grainger, Inc. #802609289 - Palo Pinto
Granbury City Of
Granbury Municipal (City of Gr
Grandpaw's Outhouse/Tool Shed
Grant Goss Contracting, Inc.
Grapevine-Colleyville Isd
Gray Cleaning Services
Graybar Electric Co (Minnesota - Orders)
Graybar Electric Company, Inc.
Grayloc Products
Grayson Co. Tax Assessor/Colle
Grayson Collin Electric Cooper
Grayson-Collin Electric-
Greater Waco Chamber of Commer
Greenville Electric Utility Sy
Grimes Co. Appraisal District
Gross Automation
Gross-Yowell & Company, Inc.
Gsec
Gtc Control Solutions, Inc.
Guadalupe Co. Tax Assessor/Col
Guadalupe Valley Electric Coop
Guida, Slavich & Flores
Gulf Coast Bank & Trust

Gulf Coast Bank & Trust Co.
Gulf Coast Valve
H & M Landscape And Sprinkler Co. Inc.
H & S Valve, Inc. (Odessa,Tx)
H S A Bank
Haas, David G
Hach Company
Hamilton Co. Appraisal District
Hamilton County Electric-Inv/V
Hammer Construction Inc
Hamon Deltak, Inc
Hampel Oil Distributors Inc
Hardeman County Tax  Assessor/
Hargrave Power, Inc.
Harris, Bob Oil Co.
Harris, Michele
Harrison Lawn
Haskell County Appraisal District
Hatfield And Company, Inc. (Re
Hawkes, Vincent P., Sr.
Hawkins, Griffin T.
Hazel's Hot Shot, Inc.
Hdr Engineering, Inc.
Healer Printing & Office Suppl
Health Care Service Corporatio
Heart of Texas Electric Cooper
Heartsafe America, Inc.
Heat Exchange And Transfer, In
Hendershot Equipment Company,
Henderson Construction
Hensel Electric Company
Herc Rentals Inc
Herman Pruitt Co.
Hewlett Chevrolet Buick, Inc.,
Hewlett Office Systems
Highland Village, City Of
Highridge Consulting Services,
Hilco Electric Coop-Inv/Vo/Je
Hill County Appraisal District
Hill County Tax Assessor/Colle
Hillin Sand & Gravel
Hill-Lake Gas Storage
Hill-Lake Gas Storage LLC
Hillsboro Ford
Hillsboro Sand & Gravel, Inc.
Hi-Plains Filtration
Hi-Plains Filtration & Supply, Inc.
Hipotronics, Inc.
Hipple, Charles
Hitachi T&D Solutions, Inc.
Hogg, Troy

Hoist & Crane Service Group
Holt Cat (Remit To)
Holt Cat Cleburne
Holt Truck Centers
Home Abstract And Title Compan
Home Depot #6532 (Waco)
Homestead Funds Inc.
Honstein Oil & Dist (See Sener
Hood County Appraisal District
Hood County Clerk
Horton Tree Service
Hotec-Inv/Vo/Je
Hotsy - North Texas Sales & Distribution
Houston Carenow Urgent Care
Houston County Electric Cooper
Howden Roots
Hq Petty Cash Fund (Lois)
Hrsg Forum LLC
Hrst, Inc.
Hubbell Power Systems Quotes/Orders
Hubbell Power Systems, Inc. (R
Hughes Brothers, Inc. (Crossarms)
Hughes-Peters
Hundley Hydraulic Service
Hunt County Tax Assessor/Collector
Hurd Crane Service
Husch Blackwell LLP
Huskie Tools, Inc. (C/O Energy
Hutton Communications
Hydradyne Hydraulics, LLC (Ord
Hydrafil.Com, Inc.
Hydralube
Icl-Ip America Inc.
Idera, Inc
Ieee (Membership Dues)
Ieee-Pes
Iem Energy Consultants, Inc.
Iem Energy Consultants, LLC ( Orders)
Ifm Efector Inc. (Box 8538-307
Ik Network Solutions
Impact Fire Services (Waco)
Independent Protection Co.,Inc
Independent Turbine Services (
Industrial Air Flow Dynamics, Inc. (Ct)
Industrial Defender/Leidos Cyber Or 4/15
Industrial Equipment Company (
Industrial Equipment of Dallas
Industrial Networking Solutions
Industrial Outfitters Inc
Industrial Refractory Services
Industrial Systems, Inc.

12

Infoexpress Inc
Information Requirements Clearinghouse
Inge, Henry P
Ingersoll Rand (Dallas) Orders
Ingersoll Rand Co. (15768 Coll
Ingersoll-Rand - Service Center (Dallas)
Ingram Concrete
Ingram Concrete LLC  (Box 1166
Innovation Machine Services
Innovative Control Solutions,
Inspirus (Formerly Diamond H)
Instrumart
Instrument & Valve Services
Instrument & Valve Services Company
Instrumentation Group (Palmer)
Insurance Information Ex.
Insurance Information Exchange (Bryan)
Integra Realty Resources - Hou
Integrated Power Company, LLC.
Integrity Power Solutions (Ips)
Intek, Inc
Intercontinental Exchange (Box
Internal Revenue Service--Wire
Interstate Billing Service
Interstate Powercare **** (Use 41953)
Intertec Instrumentation Inc
Intertech Commercial Flooring
Intralinks, Inc.  (Box 392134)
Irby Co., Stuart C. (Austin)
Irons, Kerry Md
Irwa-Chapter 36
Isa- International Society Of
Isaacks, Lewis L
Isc Sales, Inc.
Ism - Institute For Supply Management
Isp Supplies
Itl-International Lighting, Ll
Itl-International Lighting, LLC
Itron, Inc. (Box 200209)
Ivanti (Fka Heat Software USA, Inc)
Ives Training And Compliance G
Ivy & Ivy Construction
J & S Electric
J Aron
J C Tool Company
J M Test Systems, Inc.
J. Aron & Company
J.P. Morgan Ventures Energy Corp
J/T Hydraulics & Service Co.,
J-A-C Electric Cooperative-Inv
J-A-C Electric-Payables--Post

Jack County Appraisal District
Jack County Generation Facitity
Jack County Tax Assessor/Collector
Jack of All Trades, Inc.
Jackson Walker LLP
Jacobs Industries, Inc.
Jacobs Mfg, LLC (Gates)
James Wood Collision Center
Jamie French Construction
Janek & Whitten Construction I
Jason's Deli
Jasper Materials, Inc. (Orders
Jaynes, Reitmeier, Boyd & Ther
Jeff Bilby'S Engine & Compressor, LLC
Jerry'S Olds Pont Gmc Inc
Jerry'S Windshield Repair
Jflow Controls
Jll Valuation & Advisory Servi
Jm Test Systems, Inc. (Baton Rouge,La)
Jmac Supply Corp.
Jnt Technical Services, Inc.
Joe W. Fly Co., Inc.
John Zink, LLC (Tulsa,Ok) Orders
Johnson Brothers Ford
Johnson County Appraisal District
Johnson Supply (Orders/Quotes) Waco
Johnston Techincal Services, I
Jones & Renfrow Abstracters
Jordan Transformer, LLC
Jp Morgan Chase
J-S Machine & Valve, Inc.
J-W Power Company (Mineral Wells,Tx)
Jw'S Pipeline Intergrity Services, LLC
K2 Enterprises
Kairos Services, Inc.
Kansas City Southern (Box 2193
Karl Klement Ford
Karnes Electric Cooperative -
Kay Services
Kelly,Hart & Hallman LLP
Kelsey, John
Kennedy, James Monroe Jr.
Kent County Appraisal District
Kepware Technologies
Kerrville Public Utility Board
Ketchersid, Rowland D
Kimbrough Fire Extinguisher Co
Kimley-Horn And Associates, Inc
Kinectrics North America, Inc.
King County Tax Assessor/Collector
King, Alanna Jo

13

Kirby Smith Machinery, Inc
Kleen-Air Filter Service And S
Kleinfelder
Kleinfelder Central, Inc. (Irving)
Knife River
Knighten Machine & Service (Od
Knox County Appraisal District
Knox Waste Service
Koch Energy Services
Koch Energy Services, LLC
Koenig Engineering, Inc.
Koflo Corporation
Kopec Overhead Doors
Kostiha, Robert L.
Krenz & Company, Inc.
Ks2 Technologies, Inc.
Ksb, Inc.
Kudelski Security (Fka M & S T
Kv Power
L3 Narda-Miteq
La Favorite Industries, Inc
Lake Palo Pinto Water Supply C
Lamar County Electric Cooperat
Lampasas Central Appraisal District
Landing Cabling Services
Landscape Supply
Langerman Foster Engineering Company
Lapetus Energy Project
Lattimore Material - Colorado
Law Offices of Jones & Westrom
Lawson'S Landscape & Construct
Ldr Leadership LLC
Leatherwood Plastics
Lectrodryer, LLC (C/O Hudson-Rush) Dalla
Lectrodryer, LLC (Plant-Richon
Ledford Services
Ledtronics Inc
Legend Bank
Lemmon, Robert
Leon County Tax Assessor/Collector
Leon Isd
Leybold USA, Inc
Lifting Gear Hire Corp
Lighthouse Services, Inc.
Limestone County Tax Assessor/Collector
Lintech International
Lintech International, LLC
Lipan Telephone Co
Lloyd Trailer Company, LLC
Lochridge Priest Inc
Lockton Companies, LLC

Loftin Equipment Company (Irving)
Lomc
Lone Star Backhoe & Septic
Lone Star Car Wash & Fast Lube
Lone Star Junk Removal
Lone Star Transmission, LLC
Lonesome Pine Equipment (Temple,Tx)
Lonestar Forklift
Lonestar Phe Services
Lonestar Truck Group, LLC.
Lower Colorado River Authority
Lucky'S Floors Unlimited
Ludeca
Luminant Energy
Luminant Energy Co LLC
Lydick-Hooks Roofing Company, Inc.
Lyness Construction Lp (Cleburne)
Lyntegar Electric Coop
M & S Engineering
M K Auto Tinting
M&C Techgroup North America
M&M Control Service, Inc.
M.E.N.Water Supply Corporation
M.T.S.I.(Microwave Transmissio
M.W. Smith Equipment, Inc. Dxp (Longview
M2 Global Technology, Ltd.
Machvib Services Corporation
Mackay Comm Fka Gardline Comm
Macquarie Energy
Macro Sensors
Madison Co. Tax Assessor/Collector
Magee Machine & Manufacturing
Mailfinance
Maintenance Reseller Corp
Malouf Engineering Int'L, Inc.
Manning, Jason
Mansfield
Marabou Midstream Services
Martin Marietta
Martin'S Office Supply
Marty Green Utilities
Mason Construction, Ltd.
Massey Pest & Termite Service (Dallas)
Massey Pest & Termite Services
Matheson Gas
Matheson Trigas (Ft Worth)
Maudlin Products
Maxim Crane Works LP
Mccartney, Stephen
Mcconnell, Brandon
Mccord Engineering, Inc (Mei)

Mccoy's Building Supply Center
Mccurley Enterprises, Inc.
Mcintire Equipment Company, F.
Mcintire, F.B., Cranes
Mckinney, City of (Water)
Mclennan Co. Tax Assessor/Collector
Mclennan County Tax Assessor
Mcmaster-Carr Supply--Remit (B
Mcmullen County Tax Office
Mcnichols Co. (Garland,Tx)
Mcnichols Company-Remit
Md&A (Lathan Ny)
Md&A Parts Division-Fmly Turbo Parts
Medical Surgical & Compcare En
Medpost Urgent Care-Seguin
Mega Mex, L.P.
Megger - Remit
Megger Incorporated
Melde, Mark
Membrane Services (Montgomery,
Menefee, Robert E (Dec. 1/25/2
Mercer Valve
Mercuria Energy America Inc.
Mercuria Energy America LLC
Merrill Lynch Commodities, Inc.
Mesa Products, Inc
Mesa Technical Associates, Inc.
Mesa Technical Associates,(Ord
Metal Form
Metro Gate & Mfg. Co., Inc. (P
Metro Wire & Cable Co
Metro-Repro, Inc
Mica Steelworks Inc
Michels
Micro Motion
Micro Precision Calibration, I
Micro Precision Calibration, Inc. (Tx)
Micronics Filtration LLC
Microsoft Corporation (Licensi
Mid South Contractors Supply,
Mid-America Dynamics, Inc
Midcoast Marketing
Mid-South Synergy-Inv/Vo/Je
Midway King Custom Detailing
Mid-West Instruments
Midwest Wrecking Co of Tex Inc
Milam County Tax Assessor/Collector
Miles Data Technologies
Mineral Wells B & Pt, Inc
Mineral Wells Ice Co
Miso

Mitchell, Keith
Mitchell1
Mitsubishi Electric
Mitsubishi Electric Power (Rem
Mitten Manufacturing, Inc. (Sy
Mk Battery
Mobile Mini (Dallas)
Mobile Thrones, LLC
Monitor Mapboard Systems, LLC
Montague Co. Appraisal District
Montague Co. Tax Assessor/Collector
Montgomery Co. Tax Assessor/Collector
Moody Bros., Inc.
Moore, Alexander J.
Morgan Am&T / National Electrical
Morgan Building Transport Corp
Morgan Stanley Capital Group I
Morphisec, Inc.
Mosier, Lori - Bepc Petty Cash
Motion Industries, Inc. (Arlington)
Motor Shop, The
Mouser Electronics
Mouser Electronics, Inc.
Mowing & Sowing Lawn Care
Mp2 Energy Texas
Mpw Industrial Water Services,
Msa Instrument Division Servic
Msa Safety Sales, LLC
Msc Industrial Supply Co (Remi
Msds Online
Mufg Bank
Munich Re Trading LLC
Munters Coproration (A/R)
Mustang Special Utility Distri
Mycoff, Fry & Prouse LLC
Myers-Aubrey Company
Nace International
Naes Corp (Box 94274)
Naes Engineering & Constructio
Nalco Company
Napa Auto Parts-Granbury
Nassau National Cable
Nat. Gas Pipeline Co. of America
National Electrical Services,
National Energy & Trade
National G&T Managers Assoc.
National Inspection Services,
National Renewables Cooperativ
National Society of Prof. Engi
Nationwide Power
Navarro Co. Tax Assessor/Collector

15

Navarro County Electric Cooper
Navarro County Electric Coop-Payables
Navarro County Electric-Inv/Vo
Navasota Valley Electric-Remit
Ndt International, Inc
Neofunds By Neopost
Neopost
Nerc (North American Elec Reli
New Edge Services ,Llc
New Pig Corporation
New Supplier
New Venture Leasing
Newell-Psn LLC (Columbiana,Oh)
Newport-Scientific
Newsound Solutions
Nexans-Amercable.
Nextcare Urgent Care
Nextera Energy (Fmr Fpl)
Nextera Energy Marketing
Nextraq LLC
Nichols, Danny D
Nitto, Inc.
Njr Energy Services Company
Nolan Power Group (Rockwall)
Nolan Power Group, LLC
Nooter/Eriksen
Normandy Machine Comanpy, Inc.
Nortex Communications -Payable
Nortex Trading And Marketing
North American Energy Svc (Pay
North Houston Pole Line (Po Bo
North Texas Land Maintenance
North Texas Septic
North Texas Tollway Authority
North Texas Trailers
Northern Tool & Equipment Co.
Northstar Energy Solutions, Ll
Northwest Lineman College
Norton Rose Fulbright Us LLP
Nreca   ----Selectre-401K (Wir
Nreca - Adm Fees
Nreca - Deferred Comp Plan
Nreca (Seminars/Training)
Nreca Gr.Ins/Fx Sp-Box/798185
Nreca--Remit  (Box 758777)
Ntt Training
Nvent
Nvent Thermal, LLC
O.G. Supply, Inc.
Oberlin Filter Co
Occidental Energy Marketing, Inc

Occmed Express
Occu Vax LLC
Occupational Health Centers
Ochoa Co
Odessa Pumps & Equipment
Oes-Na, LLC
Ogburn'S Truck Parts
Oklahoma Actuator Services, Ll
Olameter
Omega Engineering Inc
Omi Crane Systems, Inc.
Oncor Electric Delivery
Open Systems International Inc
Optex Inc
Optiv Security Inc (Fna-Fishne
Oracle America, Inc
Oracle Support Services
O'Reilly Auto Parts
Origin Texas Recycling, LLC (S
Orshoven, Joe Van
Oslin Nation Co.
Osmose Utilities Services, Inc
Otc Services (Louisville,Oh)
Outdoor World
Overhead Door Co of Brazos Riv
Overhead Door Company of Waco
Overhead Garage Door
Ovivo USA, LLC (Salt Lake City,Ut)
Owen, Shawna
Oxidor Laboratories, LLC
Pa Paw'S Pottys
Pace Analytical Services, Inc.
Packaged Systems (Dallas)
Palmer Contracting LLC
Palo Pinto Co Mun. Water Dist
Palo Pinto County Tax Collector
Palousek Overhead Doors, Inc.
Paradigm Liaison Services, LLC
Parker (Business Forms)
Parker Co. Appraisal District
Parker-Mccrory Mfg
Parsons Mcentire Mccleary & Cl
Parsons Office Systems- (See Ctwp)
Partsmaster
Paschal Performance
Pascor
Pascor - Atlantic Corporation
Pascor - Pacific Air Switch
Patterson of Bowie
Patton Electric Inc
Paul, David H. Inc

16

Pc Connection Sales Corp
Pcb Piezotronics, Inc. (Imi Se
Pce Source, LLC
Pci - Performance Contracting,
Pcore Electric Co  Formerly Lapp
Pctel (Formly Telworx) 25685
Pedernales Electric Coop -Paya
Peerless Mfg Co
Penny Wise Enterprises, Inc.
Penske Truck Leasing Co, Lp
Pentex (Fka Cooke County Elec
Perfection Servo Hydraulics
Perry Office Plus (Temple)
Perry, Donna
Petroleum Traders Corp
Philipello, Nathan
Phoenix Electric Corp - Remit
Phoenix Industrial Services (O
Phoenix Research Industries In
Pierce Pump Company, Inc. (Cin
Pike Electric (Memphis,Tn)
Pinnacle
Pioneer Steel & Pipe Company
Pipeline Compliance Specialist, LLC
Pipeline Integrity Resources, Inc.
Piske, Austin
Pitney Bowes Gfs - Orders & Re
Plunkett, Griesenbeck & Mimari
Power & Industrial Services Co
Power Control Systems Engineering, Inc.
Power Engineers
Power Line Systems, Inc. (Madi
Power Services, Inc.
Power Storage Solutions (Dalla
Powerflow Fluid Systems, LLC.
Powmat Ltd
Precision Detail Quality, LLC.
Precision Fitting And Gauge Co.
Precision Fluid Power, Inc.
Precision Hose & Expansion Joi
Precision Iceblast Corporation
Precision Measurments
Premier Technical Services, Inc. (Orders
Premier Truck Group
Premiere Global Services
Prestige Document Shredding
Preuninger, Mike
Price Asphalt Inc
Primary Recruiting Services
Prime Cuts Fabrication
Primoris T&D Services, LLC

Prism Energy Solutions
Pritchard, Leroy & Holly
Pro Security Group
Proactive Cleaning Solutions
Proactive Work Health Medical
Probate Court of Denton County
Problem Solver, Inc.
Proenergy Services LLC
Progressive Pumps Corporation
Progressive Water Treatment In
Protec  Services Inc.
Pumps & Controls Inc (Use 3104
Pumps And Controls
Purvis Industries, Inc. (Bridg
Pyco, LLC.
Pye-Barker Fire And Safety
Qa Support Lp
Qei LLC (Formerly Cg Automatio
Quadient Finance USA, Inc
Qualitrol Company LLC
Quality Uptime Services
Qualys Inc.
Quanah Isd
Quanta Inline Devices
Quest Diagnostics
Quest Software Inc.
R - S Matco, Inc. (Quotes/Orde
R & A Hauling
R & D Electronics (Kilgore,Tx)
R. W. Miller Plant Petty Cash
Radian Research, Inc.
Radwell International
Ragan Communications
Railroad Commission of Texas
Rain For Rent
Rainbow Energy Mktg
Ramco Manufacturing Company, Inc.
Rampy, Ty
Randal'S Tower Tech Inc
Rapid Belts, LLC.
Rawson, Inc. (Dallas)
Ray, Joel And Megan
Rayburn Country Electric--Remi
Raychem Supply
Ready Refresh By Nestle
Recirculation Technologies, Ll
Recirculation Technologies, LLC. (Fl)
Red 8, LLC.
Red Ball Oxygen (Remit To Only
Red Ball Oxygen/Tech Gas Services (Pos)
Red Express Pallet Company

17

Reddy Ice
Redi-Mix Concrete
Reeder Distributors
Regions Bank
Regions Bank, N.A.
Registry of Probate Court of D
Registry of The Probate Court
Reinhart & Associates, Inc.
Reinhausen Manufacturing Inc.
Reladyne Reliability Services
Relevant Industrial LLC-Remit
Relevant Industrial, (Quotes And Orders)
Relevant Solutions LLC (Plano,Tx) Orders
Relevant Solutions-Remit
Reliability Controls Corporati
Reliant
Rental One  (Granbury)
Rental One (Colleyville)
Republic Services
Republic Title of Texas Inc
Res Energy Solutions, LLC
Rev 1 Power Services, Inc.
Reynolds Company, The (Ft Worth)
Rhew, Rudd, Fencing LLC
Rhino Markers
Rhode Island Division of Taxat
Richards Supply Company (Waco)
Ricoh USA, Inc (Dallas Po Box
Riggs Machine & Welding, Inc.
Riley Power Inc - Remit
Ringler Chevrolet, Don (Orders
Rio Grande Electric Cooperativ
Riverhawk Company
Rkneal, Inc. (Paducah,Ky)
Rmb Consulting & Research, Inc.
Rnr Mobile Detail
Robert Half Finance & Accounti
Robertson Co. Tax Assessor/Collector
Robinson, Gene D.
Rockbill, Inc.
Rolling Star Trailers
Roper Pump Company
Rosemount Analytical-Liquid Div (Mn)
Rosemount Inc.
Rosen USA
Ross, Paden
Rotork (Carol Stream,Il)
Rotork Dallas Inc. (Dallas) Orders
Rowmec Equipment Company
Royal Crest Ranch, Ll
Royal Switchgear Manufacturing

Royal Truck Body
Rudeen, Bobi
Ruggles-Klingemann, The, Mfg Co, Inc.
Ruhrpumpen, Inc.
Rural Friends / Acre
Russ, Bryan F Iii Trustee 979
Rustic Furniture Warehouse, Ll
Rw Lone Star Security, LLC
Ryan Herco Flow Solutions
S & C Electric Company
Saber Power Services
Sabre Communications Corporati
Sabre Industries Towers & Poles (Sioux)
Safety Design, Inc.
Safety Kleen Corporation
Safety Supply Inc (San Antonio,Tx)
Safety-Kleen - Remit
Safeway Oil Recovery LLC-Use 4
Saia Motor Freight Line
San Antonio Belting & Pulley
San Bernard Electric Cooperative, Inc.
San Miguel Electric Coop, Inc-
Sanchem, Inc.
Sandy Creek Energy Associates,
Sandy Creek Energy Project Acc
Sandy Creek Energy Sta Rail Tr
Sandy Creek Services, LLC
Santa Rosa Telephone Coop
Sardis-Lone Elm Water Supply
Saunders, Walsh & Beard
Saybolt Lp
Saybolt Lp--Remit-844640
Schaeffer Precision Alignment,
Schmidt Industries
Schneider Electric - Carrolton, Tx
Schneider Electric System USA(
Schneider Electric Systems USA Inc
Schneider Electric USA, Inc. (
Schneider Electric USA/Telvent (Houston)
Schweitzer Engineering Laborat
Schweitzer Engineering Labs Quote-Orders
Schweitzer Engineering-(Sel)--Remit
Sciment LLC
Screening Systems International, Inc.
Scurry County Tax Assessor/Collector
Secretary of State, Reports Un
Segrest & Segrest
Sel Engineering Services, Inc.
Sempco Surveying Inc
Senergy Petroleum, LLC (Remit
Sensor Link (Ferndale, Wa)

Sensorlink Corporation  (C/O Ev Smith)
Sentry Equipment Corporation
Sequent Energy Management
Service Pipeline Company
Servomex-
Seton Identification Products
Setpoint Integrated Solutions
Settle Air Inc.
Seymour, City Of
Sharpe Mixers (C/O Datum Equip
Sharpe Mixers (Seattle,Wa)
Sharyland Utilities, L.P.
Shell Energy (Formerly Coral P
Shell Energy North America
Shell Trading Risk Management
Shermco Industries, Inc. (Irving,Tx)
Sherwin Williams Co (Cleburne)
Shoppa'S Material Handling (Re
Shrieve Chemical Company (Remi
Shuhart Company, Don
Siemens Energy Inc
Siemens Energy, Inc.(C/Odeloney >69Kv)
Siemens Industry Power-Dallas
Siemens Industry, Inc (New Kensington,Pa
Siemens Industry,Inc.(C/O Deloney <39Kv)
Sigma Consulting And Training
Simmers Crane Design & Service
Sinclair Pipeline Company
Skyhawk Chemicals, Inc (Housto
Smelscer Plumbing, Inc.
Smith, Charles
Smith, Edward
Snider Janitorial
Solarwinds
Solberg Manufacturing, Inc.
Solomon Corporation
Somervell Central Appraisal District
Sos International
South Plains Electric Coop
South Plains Electric Coop - I
South Texas Ele Cooperative, I
South Texas Elect Coop
Southeast Power Corp (Melbourn
Southern Services (Lawn Mowing)
Southern States LLC (Po Box 98
Southern States, Inc.
Southlake, City Of
Southland Electric Supply
Southwest Electric Company (Tulsa, Ok)
Southwest Energy
Southwest Energy Lp

Southwest Envirotx
Southwest Ford
Southwest Ford Autogroup
Southwest Maintenance
Southwest Safety  Houston
Southwest Texas Electric Coop.
Southwest Thermal Technology
Southwestern Power Administration
Southwestern Power Resources(A
Specialized Products Co
Specialty Fabrication LLC
Specialty Rescue & Fire Service
Spectrum Business (Frmrly Time
Spectrum Systems Inc
Spencer Fane LLP Trust Account
Spl-Southern Petroleum Lab (Houston)
Spx Component Group
Spx Cooling Technologies
Spx Cooling Technologies Inc
Spx Flow Technology
Spx Flow Us LLC
Spx Flow, Inc.
Spx Heat Transfer Inc
Spx Process Equipment(Use Spx Flow Tech)
Spx Transformer Solutions
Squibb Taylor Inc
St John Backhoe Service
St Joseph Regional Health Cent
St. Matthew Lutheran Church
Standard & Poor's
Standard Alloys Engineered Ser
Standard Signs, Inc.
Stanley Consultants, Inc. (Aus
Staples Advantage
Statacorp Lp
State Comptroller (Box 149357)
Steagall Oil Co of Texas (Chic
Steagall Oil Co of Texas Ltd
Steelweld Equipment (Use Caseco 29817)
Stephens County Tax Assessor/Collector
Stephenville Trailers & Truck
Sterling Site Access Solutions
Sterling Talent Solutions
Steve White
Stewart & Stevenson
Stewart & Stevenson (Dallas)
Sti Cems Services LLC
Stilwell & Associates of The U
Stoddard Silencers
Stonewall County Appraisal District
Stonewall County Tax Assessor/Collector

19

Stormgeo, Inc
Stortronics
Strain Service Co
Structural Integrity Asso (San
Suddenlink
Suez (Fka-Water & Power Tech)
Suez Treatment Solutions Inc
Sullivan Process Controls LLC
Sulzer Pump Services (Us) Inc
Sulzer Pumps (Us) Inc. (Portland) Orders
Sun Coast Resources Inc.
Sunbelt Rentals (Burleson)
Sunbelt Supply Company (Houston)
Sunsource
Sunsource - Air Dreco (Houston)
Sun-Star Electric, Inc.
Surveying And Mapping, Inc (Sam Inc)
Sutter Energy, LLC
Swan Analytical USA
Swpa
Swpp
Sykora Family Ford, Inc.
Sykora Truck & Trailer Repair,
Symmetry Energy Solutions
Syntech Systems, Inc. (Fuelmas
System One Holdings, LLC
System Operations Success International
T & T Pump Co., Inc. (Fairfax,
Talley Communications
Targa Gas Marketing
Tarpley Services, LLC(Frmly Ta
Tarrant Co. Tax Assessor/Collector
Tarrant Regional Water Distric
Tarrant Regional Water District-Jack Co
Tas Energy, Inc. (Houston,Tx)
Tas Environmental Services, L.
Tate-Jones Inc
Taylor County Appraisal District
Taylor Electric Cooperative, I
Teague, Nall & Perkins, Inc.
Team Furmanite
Team Industrial Services, Inc.
Team Solutions, Inc. (Waco)
Team Telecom, LLC (Lexington,Nc)
Tech Products, Inc.
Techline Inc.
Technical Diagnostic Services
Technical Training Professiona
Techstar
Teel Plumbing & Services
Teex

Tei Construction Services Inc.
Tektronix Calibration Lab
Telexpress
Telmar Network Technology (Council Buffs
Tempco Electric Heater Corpora
Tempest Telecom Solutions
Temple Generation 1
Temtex Temperature Systems, In
Tenaska Marketing Ventures
Tenaska Marketing Ventures (Co
Tenaska Power Serv
Terex Services
Terex Utilities - Remit
Tessco Incorporated (Atlanta,G
Tessco Technologies Inc.
Test Equipment Depot
Testex, Inc.(Payment)
Testoil-Remit To
Tex Blast
Texas A&M Agrilife Extension Service
Texas A&M University-Inv/Vo/Je
Texas Aerial Inspections, LLC
Texas Air Handlers (Greenville,Tx)
Texas Airsystems, LLC
Texas Alloys & Tool Company
Texas Board of Professional En
Texas Commission On Environmen
Texas Compression, LLC
Texas Custom Trailers, Lp
Texas Department of Licensing
Texas Department of State Health Service
Texas Dept. of Licensing & Reg
Texas Electric Cooperative
Texas Excavation Safety System
Texas Express Pipeline LLC
Texas Gas Assocation
Texas Land Services
Texas Meter & Device Company
Texas Municipal Power Agency-T
Texas Mutual Ins Co (Wire Only
Texas New Mexico Power
Texas Overhead Door Company
Texas Pest Elimination Service
Texas Rope Rescue
Texas Safe And Lock Corporatio
Texas Society of Cpa'S--Tscpa
Texas Trucks Direct
Texas Valve & Fitting Co.(Use 44146)
Texas Workforce Commission-Rem
Texas, Comptroller of Public A
Texas-New Mexico Power Co

20

Texoma Foam Insulation Services, LLC
The Nitsche Group
The Pitney Bowes Bank Inc (Res
The Von Corporation
Therma-Ice
Therma-Ice/Enderby Gas, Inc.
Thermo Environmental Inst.--Re
Thermo Environmental Instruments (Orders
Thermo Environmental Instruments, LLC.
Thermo Fluids (Crowley,Tx)
Thermometrics
Thielsch Engineering Inc--Remi
Thomas & Betts Corp--Remit
Thompson & Knight
Threaded Fasteners, Inc.
Throckmorton County Appraisal
Thyssen Elevator Corporation/Us Elevator
Thyssenkrupp Elevator Corp (Fo
Thyssenkrupp Elevator-Remit-At
Tinkler, Kevin
Titan Elevator Service
Titan Quality Power Services (
Tj/H2B Analytical Services (Lo
Tmc Industries Inc.
Tnt Crane & Riggin (Box 301502
Tnt Crane & Rigging, Inc.(Use Ft Worth)
Tolar Warehouse
Tomopal, Inc.
Top'S Termite & Pest Control
Torcup, Inc.
Torvic Technologies Inc
Total Gas & Power
Total Gas & Power North Americ
Total Office Solutions
Totalrewards Software Inc
Totelcom Communications, (Coma
Town of Little Elm
Trane U.S. Inc. (Ft Worth)
Transcat (Houston) Orders
Transcat, Inc
Transdata, Inc.
Transgard Systems,  LLC
Trantech
Trench Limited
Trenwa Inc.
Trewa-Scholarships
Tri-City Express Care Dba Fast
Tri-County Electric
Tri-County Electric Coop-Inv/V
Trillium Valves USA
Triniti Consulting LLC

Trinity Turbine Technology Lp
Trinity Valley Electric Coop.,
Triple J Paper & Chemical (Rem
Triple J Paper & Supply
Ttl, Inc
Tu Electric - Transm. Access I
Turbine Controls & Excitation
Turner Chevrolet, Jim (Mcgrego
Turner Transfer (Guy M Tuner,
Twin Eagle Resource Management
Tx Hydro Industrial Services (
Txtag
Txu Electric-Po Box 100001-Rem
Txu Energy-650638-Power (Allbi
Txu Transmission Division--910
U. S. Underwater Services, LLC
Ue Compression (Denver)
Ue Compression (Henderson,Co) Orders
Uline
Ultimate Tool & Safety
Ultra Electronics, Energy
Unex (Fmly Hytorc)
Unified Services of Texas
Unifirst Holdings - Hewitt, Tx
Union Pacific Railroad Company
Unique Systems
United Cooperative Services
United Electronic Recycling, L
United Rentals #537 (Ft Worth)
United Rentals #C37 (Denton)
United Rentals (Ardmore)
United Rentals (Weatherford)
United Rentals North America,
United Rentals Northwest, Inc
United Servo Hydraulics, Inc.
United Site Services - Remit
United States Plastic Corporation
United States Postal Service
United States Treasury
United Telephone Co of Texas-3
Univar USA Inc (Dallas)
Universal Analyzers Inc
Upright Industrial Group, LLC
Ups
Ups Freight
Ups Supply Chain Solutions, In
Utc Utilities Technology Counc
Vallen (Atlanta,Ga)
Vallen (Fka-Hagemeyer North America)
Valley Solvents & Chemicals (C
Valmont Newmark -  Remit-91410

21

Valmont Site Pro 1
Valve Systems, Inc.
Vanremmen, Travis J.
Vardata
Varidesk, LLC
Vector Cag
Vector Controls LLC
Vector Sales Inc.
Veex Inc.
Venture Industrial Productions (Vip)
Veolia Environmental Services
Veriforce
Verizon Wireless (660108)
Versacor (Pest Control) Southl
Versalift Southwest LLC
Vertex Inc (New Remit)(2/1/12)
Vibra Screw, Inc.
Victaulic Bermad Technologies
Vinson Process Controls
Vinson Process Controls Co - R
Vision Service Plan
Vista Com (Houston)
Vitol Inc.
Vivax-Metrotech
Vmware Inc
Volta
Voom, LLC
W & M Environmental Group, LLC
Waco Tribune-Herald
Waco Warehouse
Waco, City Of-A/P (Water)
Wagner-Smith Company (Dayton,Oh)
Wagner-Smith Equipment Co.  -R
Wales Industrial Service, Inc.
Walker & Associates Inc--Remit
Walker County Appraisal District
Waller, Chris
Walnut Creek Special Utility D
Wal-Tech Valve (Mobile,Al)
Walton, Bonnie
Wann'S Mickey Water Refining S
Ware'S Giant Tire Service
Warren-Heim Corporation
Waste Connections
Waste Management
Watson And Son, Inc.
Wayne Enterprises,Inc
Wc of Texas-Dallas 200506
Weatherford Truck Equipment
Weatherford, City Of-Inv/Vo/Je
Weir Minerals North America

Weir Slurry Group, Inc.-Remit
Wells Fargo Bank (Corp Trust)
Wells Fargo Bank N.A.
Wells Fargo Commodities
Wesco Distribution, Inc - 1751
West Texas Utilities -13564 (2
West Wise Special Utility Dist
Westair Gases & Equipment (Pas
Westair Gases & Equipment Inc (Springtow
Western Management Group
Westrentals
Wfec
White Outdoor Services
Whitley Steel Building Supply
Whitlock Instrument
Whitney Isd
Wildcat Cranes, Inc. (Ft Worth,Tx)
Williams Truck N' Tractor Serv
Williamson Co. Tax Assessor/Collector
Willis Towers Watson Us LLC
Wilmore Electronics Company, I
Wilson Company (Haltom City)
Wilson County Tax Assessor/Collector
Wind Energy Transmission Texas
Window Genie of Waco
Windstream Communications (Cab
Windy City Wire
Winncom Technologies Corp (Rem
Wise County Tax Assessor/Collector
Wise County Title (Wire)
Wise County Title Company
Wise Electric Cooperative-Inv/
Wise/Chem Safe Pest Control (G
Womack Machine Supply (Farmers Branch)
Womack Machine Supply Co
Wood County Electric Cooperati
Woods & Poole Economics Inc
Worsham-Steed Gas Storage
Worsham-Steed Gas Storage, Lp
Wright Express/ Fleet Fueling
Wright Line
Wtu Retail Energy
Ww Electronics Inc (Do Not Use)
Ww Electronics Solutions (Quin
Xpo Logistics-Formerly Con-Way
Xylem Inc
Yellowhouse Machinery Co.
Yokogawa Corp of America/Techstar
Yokogawa Corp.Of America---Rem
York Sciencific Inc
York, Daniel And Sandra

22

Young Company, R M
Young County Appraisal District
Zarky Development, LLC
Zemar Inc
Zephyr Environmental Corporation
Zoho Corporation
Zoll Medical Corporation

**Utilities**
Aerobic Septic Pros
Alenco Communications
AT&T
AT&T Mobility  (Box 6463)
Atmos Energy  (Box 790311)
Bartlett Electric Coop-Inv./Vo
Bolivar Water Supply Corporati
Brazos Companies-Braz2010/Red
Bryan Texas Utilities (Btu)100
Bryan Utilities (Box 8000)
Cap Rock Telephone Coop ( Remi
Central Texas Telephone Coop
Centurylink
Centurylink (Fmr Embarq) - 296
City of Celina
City of Fort Worth Water Depar
City of Frisco - Remit
City of Granbury
City of Hearne - Garbage
City of Hudson Oaks
City of Lewisville
City of Plano
Cleburne, City Of
Comanche Electric Coop-Inv/Vo.
Community Telephone Company
Concord Robbins Wsc
Consolidated Communications
Consolidated Communications Tx
Coserv (Box 650785)
Cross Timbers Water Supply Cor
Direct Energy Business
Entergy
Floresville, City Of
Flower Mound, Town of
Frontier Communications
Ft Belknap Electric Coop.-Inv/
Glenn Heights, City of (Water)
Granbury Municipal (City of Gr
Grayson-Collin Electric-
Heart of Texas Electric Cooper
Highland Village, City Of
J-A-C Electric-Payables--Post

Karnes Electric Cooperative -
Knox Waste Service
Lake Palo Pinto Water Supply C
Lipan Telephone Co
M.E.N.Water Supply Corporation
Mackay Comm Fka Gardline Comm
Mckinney, City of (Water)
Mid-South Synergy-Inv/Vo/Je
Mp2 Energy Texas
Mustang Special Utility Distri
Navarro County Electric Cooper
Navasota Valley Electric
Nortex Communications
Pedernales Electric Coop -Paya
Pentex (Fka Cooke County Elec
Premiere Global Services
Reliant
Santa Rosa Telephone Coop
Sardis-Lone Elm Water Supply
Seymour, City Of
Southlake, City Of
Spectrum Business (Frmrly Time
Suddenlink
Tarrant Regional Water Distric
Totelcom Communications, (Coma
Town of Little Elm
Tri-County Electric Coop-Inv/V
Txu Energy-650638-Power (Allbi
United Cooperative Services
United Telephone Co of Texas-3
Verizon Wireless (660108)
Waco, City Of-A/P (Water)
Walnut Creek Special Utility D
Weatherford, City Of-Inv/Vo/Je
West Wise Special Utility Dist
Windstream Communications (Cab
Wise Electric Cooperative-Inv/
Wtu Retail Energy

**Taxing Authorities**
Aquilla ISD
Archer County Tax Assessor/Collector
Atascosa Co. Tax Assessor/Coll
Balch Springs City
Baylor County Appraisal District
Bell County Appraisal District
Blum ISD
Bosque County Tax Assessor/Col
Brazoria County Tax Assessor/Collector
Brazos County Tax Assessor/Col
Bremond ISD

23

Brown County Appraisal District
Buckholts ISD
Childress Co. Appraisal Distri
Chilton ISD
Cisco ISD
City of Garland
City of Hearne
City of Mesquite
City of Venus
Clay County Appraisal District
Clifton ISD
Collin County Tax Assessor/Col
Comanche Co. Tax Assessor/Coll
Cooke County Appraisal District
Coppell City/Coppell ISD
Coppell ISD
Corsicana ISD Tax Office
Coryell Co. Tax Assessor/Colle
Cottle County Appraisal District
Crosby County Appraisal District
Dallas City
Dallas Co. Tax Assessor/Collector
Deleon ISD
Denton City Tax Collector
Denton County Tax Office
Desoto Joint School & City Tax Office
Dickens County Tax Assessor/Co
Eagle Mountain -Saginaw ISD
Eastland Co. Appraisal Distric
Eastland County Tax Assessor/Collector
Ellis County Tax Assessor/Coll
Ennis City
Ennis ISD
Erath Co. Tax Assessor/Collector
Falls County Tax Assessor/Coll
Floresville ISD
Foard County Appraisal District
Forestburg ISD Tax Collector
Franklin ISD
Franklin ISD Tax Assessor/Collector
Freestone Co. Tax Assessor/Col
Frisco City Tax Collector
Frisco ISD
Frost ISD
Garland Isd
Georgetown ISD
Glenn Heights City
Goldburg ISD
Grapevine-Colleyville Isd
Grayson Co. Tax Assessor/Colle
Grimes Co. Appraisal District

Grimes Co. Tax Assessor/Collector
Guadalupe Co. Tax Assessor/Col
Hamilton Co. Appraisal District
Hardeman County Tax  Assessor/Collector
Haskell County Appraisal District
Hearne ISD
Henderson County Tax Assessor/Collector
Hill County Appraisal District
Hill County Tax Assessor/Colle
Hood County Appraisal District
Hood County Tax Office
Hunt County Tax Assessor/Collector
Itasca ISD
Jack County Appraisal District
Jack County Tax Assessor/Collector
Johnson Co. Tax Assessor/Collector
Johnson County Appraisal District
Karnes City ISD
Kent County Appraisal District
Kerens ISD
King County Tax Assessor/Collector
Knox County Appraisal District
Lampasas Central Appraisal District
Leander ISD
Leon County Tax Assessor/Collector
Leon Isd
Limestone County Tax Assessor/Collector
Madison Co. Tax Assessor/Collector
Marion ISD
Mclennan Co. Tax Assessor/Collector
Mcmullen County Tax Office
Milam County Tax Assessor/Collector
Mildred ISD
Montague Co. Appraisal District
Montague Co. Tax Assessor/Collector
Montgomery Co. Tax Assessor/Collector
Navarro Co. Appraisal District
Navarro Co. Tax Assessor/Collector
Nocona ISD
Normangee ISD
Oakwood ISD
Palo Pinto County Tax Collector
Parker Co. Appraisal District
Prairie Valley ISD
Prosper ISD
Quanah Isd
Richardson ISD
Rio Vista ISD
Rising Star ISD
Robertson Co. Tax Assessor/Collector
Rochester ISD

24

Saint Jo ISD
Scurry County Tax Assessor/Collector
Somervell Central Appraisal District
Stephens County Tax Assessor/Collector
Stockdale ISD
Stonewall County Appraisal District
Stonewall County Tax Assessor/Collector
Tarrant Co. Tax Assessor/Collector
Taylor County Appraisal District
Teague ISD
Throckmorton County Appraisal District
Travis County Tax Assessor/Collector
Walker County Appraisal District
Walker County Tax Assessor/Collector
Whitney Isd
Williamson Co. Tax Assessor/Collector
Wilmer-Hutchins ISD
Wilson County Appraisal District
Wilson County Tax Assessor/Collector
Wise Co. Appraisal District
Wise County Tax Assessor/Collector
Young County Appraisal District

**US Trustee Office Southern District of Texas**
Alicia Barcomb
Barbara Griffin
Christy Simmons
Clarissa Waxton
Glenn Otto
Gwen Smith
Ha Nguyen
Hector Duran
Jacqueline Boykin
Jana Whitworth
Jayson B. Ruff
Linda Motton
Luci Johnson-Davis
Michael J. Bujold
Patricia Schmidt
Stephen Statham

**Bankruptcy Judges Southern District of Texas**
Christopher M. Lopez
David Jones (Current Chief Judge)
Eduardo V. Rodriguez
Jeffrey P. Norman
Marvin Isgu

4830-1112-7265.5

# **SCHEDULE 2**
# **TED B. LYON & ASSOCIATES CONNECTIONS**

| Party Name | Current Lyon Client | Former Lyon Client | Name of Entity or Affiliated Entity is a Lyon Client |
|---|---|---|---|
| Jones, Billy | | X* | Billy Jones (former) |
| Martin, David | | X* | David S. Martin (former) |
| Dallas City | | X* | City of Dallas (former) |