United States Bankruptcy Court
Southern District of Texas

**ENTERED**
December 17, 2021
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT          SOUTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| Electric Reliability Council of Texas, Inc., *et al.*, | § § § | |
| Appellants, | § § | |
| *versus* | § § § | Civil Action H-21-3692 |
| Brazos Electric Power, Cooperative, Inc., *et al.*, | § § § | |
| Appellees. | § | |

| | | |
|---|---|---|
| *In re* Brazos Electric Power, Cooperative, Inc., | § § § | Bankruptcy 21-30725 |
| Debtor. | § § | |

## Order on Direct Appeal

Having reviewed Electric Reliability Council of Texas and intervenors brief, the motion for certification on direct appeal is stayed pending a hearing on December 29, 2021. (20)

Signed on December ___17___, 2021, at Houston, Texas.

Lynn N. Hughes
United States District Judge