## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | CASE NO. 21-30725 (DRJ) |
| BRAZOS ELECTRIC POWER | § | |
| COOPERATIVE, INC., | § | Chapter 11 |
| | § | |
| Debtor.[1] | § | |

## DEBTOR'S WITNESS AND EXHIBIT LIST FOR FEBRUARY 17, 2022 HEARING

### WITNESSES (may call):

1.  Daniel Pombo (live or via declaration);

2.  All persons listed on the witness list of any party; and

3.  Any rebuttal and/or impeachment witness.

Judge:                          Honorable David R. Jones
                                Courtroom 400

Hearing Date:                   February 17, 2022

Hearing Time:                   2:00 p.m.

Party's Name:                   Brazos Electric Power
                                Cooperative, Inc.

Attorneys' Names:   Louis R. Strubeck Jr.
                    Jason L. Boland
                    Paul Trahan

Attorneys' Phone:    (713) 651-5151

Nature of Proceeding: Hearing on the Debtor's *Application for Entry of an Order (I) Authorizing the Retention and Employment of J.P. Morgan Securities LLC as Investment Banker and Structuring Advisor for the Debtor, Effective as of October 26, 2021; (II) Waiving Certain Time Keeping Requirements; and (III) Granting Related Relief* [Dkt. No. 1369, filed December 11, 2021]; the *Motion for Entry of an Order Authorizing the Debtor to File Under Seal the Names of Certain*

---

[1] The Debtor in this chapter 11 case, along with the last four digits of its federal tax identification number is: Brazos Electric Power Cooperative, Inc. (4729). Additional information regarding this case may be obtained on the website of the Debtor's claims and noticing agent at http://cases.stretto.com/Brazos. The Debtor's address is 7616 Bagby Avenue, Waco, TX 76712.

*Confidential Parties in Interest Related to J.P. Morgan Securities LLC's Retention Application* [Dkt. No. 1371, filed Dec. 10, 2021].

## EXHIBITS

| Ex. | Description | Offered | Objection | Admitted / Not Admitted | Disposition |
|---|---|---|---|---|---|
| 1. | Declaration of Daniel Pombo in Support of Debtor's Application to Employ J.P. Morgan Securities LLC as Investment Banker and Structuring Advisor for the Debtor, Effective as of October 26, 2021 [Dkt. No. 1369] | | | | |
| 2. | Engagement Letter between Brazos Electric Power Cooperative, Inc. and J.P. Morgan Securities LLC [Dkt. No. 1369] | | | | |
| 3. | Supplemental Declaration of Daniel Pombo in Support of Debtor's Application to Employ J.P. Morgan Securities LLC as Investment Banker and Structuring Advisor for the Debtor, Effective as of October 26, 2021 [Dkt. No. 1527] | | | | |
| 4. | Notice of Hybrid Hearing [Dkt. No. 1531] | | | | |
| 5. | Amended Notice of Hybrid Hearing [Dkt. No. 1532] | | | | |
| 6. | Redlined of Proposed Form of Order (I) Authorizing the Retention and Employment of J.P. Morgan Securities LLC as Investment and Structuring Advisor for the Debtor, Effective as of October 26, 2021; (II) Waiving Certain Time Keeping Requirements; and | | | | |

| | | | | | |
|---|---|---|---|---|---|
| | (III) Granting Related Relief (to be filed) | | | | |
| 7. | Redlined of Proposed Form of Order Authorizing the Debtor to File Under Seal the Names of Certain Confidential Parties in Interest Related to J.P. Morgan Securities LLC's Retention Application (to be filed) | | | | |
| 8. | Any document or pleading filed in the above-captioned cases, including any exhibits thereto | | | | |
| 9. | Any exhibit designated by any other party | | | | |
| 10. | Any exhibit necessary to rebut the evidence or testimony of any witness offered or designated by any other party | | | | |

The Debtor reserves (i) the right to amend and/or supplement this Witness and Exhibit List at any time prior to the hearing; and (ii) the right to use additional exhibits for purposes of rebuttal or impeachment and to further supplement the foregoing Witness and Exhibit List as appropriate. The Debtor also reserves the right to rely upon and use as evidence (i) exhibits included on the exhibit lists of any other parties in interest, and (ii) any pleading, hearing transcript, or other document filed with the Court in the above-captioned matter.

*[Reminder of Page Intentionally Left Blank]*

Dated: February 15, 2022
Houston, Texas

Respectfully submitted,

**NORTON ROSE FULBRIGHT US LLP**

By: */s/ Jason L. Boland*
Jason L. Boland (SBT 24040542)
Julie G. Harrison (SBT 24092434)
Maria Mokrzycka (SBT 24119994)
1301 McKinney Street, Suite 5100
Houston, TX 77010
Telephone: (713) 651-5151
Facsimile: (713) 651-5246
Email: jason.boland@nortonrosefulbright.com
Email: julie.harrison@nortonrosefulbright.com
Email: maria.mokrzycka@nortonrosefulbright.com

Paul Trahan  (S.D. Bar No. 563869)
98 San Jacinto Boulevard, Suite 1100
Austin, TX  78701
Telephone: (512) 536 5288
Facsimile:  512) 536 4598
Email: paul.trahan@nortonrosefulbright.com

*Counsel for the Debtor and Debtor in Possession*

-and-

Louis R. Strubeck, Jr. (SBT 19425600)
O'MELVENY & MYERS LLP
2501 North Harwood Street
Dallas, Texas 75201
Email: lstrubeck@omm.com
Telephone: (972) 360-1925

*Co-Counsel for the Debtor and Debtor in Possession*

## **CERTIFICATE OF SERVICE**

The undersigned attorney hereby certifies that a true and correct copy of the foregoing document was served upon the counsel and parties of record, electronically through the Bankruptcy Court's Electronic Case Filing System on those parties that have consented to such service on the 15th day of February, 2022.

*/s/  Maria Mokrzycka*
Maria Mokrzycka
