IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re:<br><br>BRAZOS ELECTRIC POWER COOPERATIVE, INC.,[1]<br><br>              Debtor.<br><br>BRAZOS ELECTRIC POWER COOPERATIVE, INC.,<br><br>              Plaintiff,<br><br>v.<br><br>ELECTRIC RELIABILITY COUNCIL OF TEXAS, INC.,<br><br>              Defendant. | Chapter 11<br><br>Case No. 21-30725 (DRJ)<br><br><br><br><br><br>Adv. Proc. No. 21-03863 (DRJ) |

## DENTON COUNTY ELECTRIC COOPERATIVE, INC., D/B/A COSERV ELECTRIC'S WITNESS AND EXHIBIT LIST FOR HEARING ON FEBRUARY 17, 2022

Denton County Electric Cooperative, Inc., d/b/a CoServ Electric ("CoServ"), by and through its undersigned counsel, files this witness and exhibit list (the "List") for the hearing scheduled for February 17, 2022 at 2:00 p.m. (Central Time) (the "Hearing").

## WITNESSES

CoServ may call any of the following witnesses at the Hearing, including:

1.    Any witnesses called or listed by the Official Committee of Unsecured Creditors of Brazos Electric Power Cooperative, Inc. (the "UCC") or any other party; and

---

[1] The Debtor in this chapter 11 case, along with the last four (4) digits of its federal tax identification number, is: Brazos Electric Power Cooperative, Inc. (4729). Additional information regarding this case may be obtained on the website of the Debtor's claims and noticing agent at http://cases.stretto.com/Brazos. The Debtor's address is 7616 Bagby Avenue, Waco, TX 76712.

2. Any witness necessary to rebut the testimony of a witness called or designated by the UCC or any other party.

## **EXHIBITS**

CoServ may use any of the following exhibits at the Hearing:

| EXHIBIT NO. | DESCRIPTION | OFFERED | OBJECTION | ADMITTED | DATE |
|---|---|---|---|---|---|
|  | Any pleading or other document filed with the Court on the dockets of the above-captioned chapter 11 case and adversary proceeding. |  |  |  |  |
|  | Any exhibit listed or used by the UCC or any other party. |  |  |  |  |
|  | Any exhibit necessary to rebut the evidence or testimony of any witness called or designated by the UCC or any other party. |  |  |  |  |

CoServ reserves the right to amend or supplement this List at any time prior to or during the Hearing.

Dated: February 16, 2022

Respectfully submitted,

**MCDERMOTT WILL & EMERY LLP**

<u>/s/ Charles R. Gibbs</u>
Charles R. Gibbs
Texas State Bar No. 7846300
Eric Seitz
Texas State Bar No. 24067863
Jane A. Gerber
Texas State Bar No. 24092416
2501 North Harwood Street, Suite 1900
Dallas, TX 75201-1664
Telephone: (214) 295-8000
Facsimile: (972) 232-3098
Email: crgibbs@mwe.com
        eseitz@mwe.com
        jagerber@mwe.com

*Counsel to Denton County Electric Cooperative, Inc., d/b/a CoServ Electric*

## **CERTIFICATE OF SERVICE**

   I certify that on February 16, 2022, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

                  /s/ *Charles R. Gibbs*
                  Charles R. Gibbs