**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **In re:** | § | **Chapter 11** |
| | § | |
| **BRAZOS ELECTRIC POWER** | § | **Case No.:  21-30725 (DRJ)** |
| **COOPERATIVE, INC.,**[1] | § | |
| | § | |
| | § | |
| **Debtor.** | § | |
| | § | |

**NOTICE OF FILING OF UNREDACTED OBJECTION OF TRI-COUNTY ELECTRIC COOPERATIVE, INC. TO THE DEBTOR'S SECOND MOTION FOR ENTRY OF AN ORDER EXTENDING THE EXCLUSIVITY PERIODS TO FILE A CHAPTER 11 PLAN AND SOLICIT ACCEPTANCES THEREOF**

**PLEASE TAKE NOTICE** that attached hereto is the unredacted *Objection of Tri-County Electric Cooperative, Inc. to the Debtor's Second Motion for Entry of an Order Extending the Exclusivity Periods to File a Chapter 11 Plan and Solicit Acceptances Thereof* [Dkt. No. 1352] in accordance with the Court's *Order De-Designating Certain Information* [Dkt. No. 1560].

Dated:  February 22, 2022

Respectfully submitted,

*/s/ Sarah Link Schultz*
Sarah Link Schultz
Texas Bar No. 24033047
Laura P. Warrick
Texas Bar No. 24079546
AKIN GUMP STRAUSS HAUER & FELD, LLP
2300 N. Field Street, Suite 1800
Dallas, Texas 75201-2481
(214) 969-4367 Telephone
(214) 969-4343 Facsimile
sschultz@akingump.com
lwarrick@akingump.com

---

[1] The Debtor in this chapter 11 case, along with the last four (4) digits of its federal tax identification number, is: Brazos Electric Power Cooperative, Inc. (4729).  Additional information regarding this case may be obtained on the website of the Debtor's claims and noticing agent at http://cases.stretto.com/Brazos.  The Debtor's address is 7616 Bagby Avenue, Waco, TX 76712.

1

Abid Qureshi (admitted *pro hac vice*)
New York Bar No. 2684637
AKIN GUMP STRAUSS HAUER & FELD LLP
One Bryant Park
New York, New York 10036
Telephone: (212) 872-1000
aqureshi@akingump.com

and

J. Robert Forshey
Texas Bar No. 07264200
Jeff P. Prostok
Texas Bar No. 16352500
FORSHEY & PROSTOK LLP
777 Main St., Suite 1550
Fort Worth, Texas 76102
(817) 877-8855 Telephone
(817) 877-4151 Facsimile
bforshey@forsheyprostok.com
jprostok@forsheyprostok.com

**ATTORNEYS FOR TRI-COUNTY
ELECTRIC COOPERATIVE, INC.**

## CERTIFICATE OF SERVICE

I hereby certify that, on February 22, 2022, a true and correct copy of the foregoing document was served via email on all interested parties that have consented to such service.

*/s/ Sarah Link Schultz*
Sarah Link Schultz