| | |
|---|---|
| **To:** | Alan Lesley[Alesley@ceca.coop]; Billy Jones (bjones@navarroec.com)[bjones@navarroec.com]; Brandon Young[brandon@hotec.coop]; Brian Lightfoot[blightfoot@bartlettec.coop]; Cameron Smallwood[cameron@united-cs.com]; Cody Lasater[Cody.Lasater@hamiltonelectric.coop]; Dale Ancell[dancell@spec.coop]; Darryl Schriver[Schriver@tcectexas.com]; Donnie Clary (dclary@coserv.com)[dclary@coserv.com]; Kendall Montgomery[kendallm@brazosnet.com]; Kerry Kelton[kkelton@midsouthsynergy.com]; Neil Hesse (Neil.Hesse@pentex.com)[Neil.Hesse@pentex.com]; Rayce Cantwell[rcantwell@wiseec.com]; Shane Wiley[swiley@jacelectric.com]; Steve Jones[sjones@navasotavalley.com]; Steve Young (steve.young@hamiltonelectric.coop)[steve.young@hamiltonelectric.coop]; Thomas Cheek[tcheek@hilco.coop] |
| **Cc:** | Clifton Karnei[ckarnei@brazoselectric.com]; Kyle Minnix[KMinnix@brazoselectric.com]; Philip Segrest[Philip.Segrest@segrestfirm.com]; Candace Denton[cdenton@brazoselectric.com]; Audie Morris[superm52@yahoo.com]; Bill Allen[wla@windstream.net]; Bill Ragsdale[bragsdale@coserv.com]; Dennis McWhorter[dmcwhorter@mselectric.com]; Elaine Martin[frankie.e.martin86@gmail.com]; Glenn Jones (glenn.jones@spec.coop)[glenn.jones@spec.coop]; Henry Bradford (balsamb6@aol.com)[balsamb6@aol.com]; Kenneth Alexander[tripleaken@ntin.net]; Larry Bays[larryb@united-cs.com]; Monty Carlisle (mcar@centex.net)[mcar@centex.net]; Rick Ickert[rickickert@yahoo.com]; Dean Thrall[dthrall@brazoselectric.com]; Johnny York[jyork@brazoselectric.com]; Josh Clevenger[jclevenger@brazoselectric.com]; Khaki Bordovsky[kbordovsky@brazoselectric.com]; Shari Heino[SHeino@brazoselectric.com] |
| **From:** | Candace Denton[cdenton@brazoselectric.com] |
| **Sent:** | Wed 6/2/2021 10:06:16 PM (UTC) |
| **Subject:** | Brazos/Proposed Communication to Coop Members Regarding Filing Proofs of Claim for Patronage, Etc. |

Patronage Claims Brazos Amended Schedules F and G ECF 648 (006).pdf
Review Projected 2020 Patronage Capital Allocations 23Mar21.pdf
Brazos Bar Date Order ECF 515.pdf

**[External Email]** Please verify sender and report suspicious emails.

**Sent on behalf of Khaki Bordovsky:**

Dear Member Cooperative:

As a cooperative member you have a patronage capital claim (and also could have other claims) against Brazos Electric Power Cooperative, Inc. ("Brazos Electric"). **June 15, 2021 is the deadline for filing proofs of claim in the Brazos Electric bankruptcy case.  The claims *do not* need to include any amounts for OMRVMP, AMR, OMEEP, OMDRP or member pre-payments.**

Attached is an excerpt from the Brazos Electric Schedule F (Bankruptcy Document Number 648) of claims for patronage capital filed by Brazos Electric in the bankruptcy case.  The amounts therein only reflect patronage capital claims through year 2019. Patronage capital claims have not yet been calculated for 2020.

Consistent with historical practices, Brazos Electric is (a) reviewing the previous 2018 and 2019 patronage capital amounts and calculating true-ups of these amounts and (b) calculating the patronage capital for year 2020.   While that process has not been completed, attached for your information are Brazos Electric's best current estimate of the projected amounts of patronage capital, which shows an additional 87,074,699 in patronage capital for 2020 (after 2018 and 2019 true-ups).

Because at this time Brazos Electric has not determined the exact amount of patronage capital, and therefore must consider the patronage capital claims to be contingent and unliquidated, we suggest that each member file a Proof of Claim in the bankruptcy case. Your Proof of Claim should include any amounts you believe your cooperative may be owed by Brazos Electric for any reason, whether such claims are based on patronage capital or otherwise.

Members are not required to retain counsel to file a Proof of Claim, but you may want to do so. For those of you who have retained counsel in the bankruptcy case, you may want to consult them about filing a Proof of Claim and related matters.  Completing and filing a Proof of Claim is simple. The requirements for filing a Proof of Claim are stated in the attached ORDER (I) SETTING BAR DATES FOR FILING PROOFS OF CLAIM, INCLUDING REQUESTS FOR PAYMENT UNDER SECTION 503(B)(9), (II) ESTABLISHING AMENDED SCHEDULES BAR DATE AND REJECTION DAMAGES BAR DATE, (III) APPROVING THE FORM OF AND MANNER FOR FILING PROOFS OF CLAIM, INCLUDING SECTION 503(B)(9) REQUESTS, (IV) APPROVING NOTICE OF BAR DATES, AND (V)

Under the terms of this Order, if a Proof of Claim is required, failure to file timely file a Proof of Claim could result in such creditor being  barred from asserting such claim against Brazos Electric.

Instructions for filing Proofs of Claims and the Proof of Claim Forms are in the attached Order and are found at:

https://cases.stretto.com/Brazos/file-a-claim/

If you need help with your Proof of Claim, we urge you to consult with legal counsel to assist you with this matter as soon as possible, if you have not done so already.

---

**Total Control Panel**                                                                 Login

To: schriver@tcectexas.com
From:
btv1==7872eabb1cb==cdenton@brazoselectric.com

*You received this message because the domain brazoselectric.com is on the enterprise allow list. Please contact your administrator to block messages from the domain brazoselectric.com*