**TO:** Finance and Audit Committee

**FROM:** Khaki Bordovsky and Clifton Karnei

**DATE:** February 9, 2021

**SUBJECT:** Review Projected Patronage Capital and Annual Margin Rebate

Exhibit 1 is the unaudited 2020 projected net margins for Brazos Electric based on conservative estimates and illustrates that net margins before considering an Annual Margin Rebate (AMR) adjustment are projected to be $87,760,180. 2020 financials will be adjusted for final accruals in February.

Exhibit 2 is the preliminary 2020 Unbundled Income Statement that functionalizes the margins illustrated in Exhibit 1. Exhibit 2 reflects margins of $10,642,447 for production, $61,930,414 for transmission, and $15,187,319 for distribution for total margins of $87,760,180 before the effect of any AMR.

Exhibit 3 projects the following 2020 AMR Adjustments based on DSC targets: $9,856,671 based on targeting a 1.30 DSC, $20,280,698 based on targeting a 1.25 DSC, and $30,704,725 based on targeting a 1.20 DSC.

Exhibit 4 calculates the potential 2020 Initial AMR Allocations for each member based on the weighted average basis for the 2020 AMR adjustment.

Exhibit 5 is the 2018 and 2019 Prior Year AMR Reconciling Amounts approved by the Board on August 26, 2020 to be applied as true-ups to the 2020 Initial AMR Allocation.

Exhibit 6 is the projected 2020 Initial AMR Allocation including the true-ups shown in Exhibit 5.

Exhibit 7 is the projected 2020 Initial Patronage Capital Allocation based on the projected unbundled margins shown in Exhibit 2 and also on the projected net margins after the potential AMR adjustment illustrated in Exhibit 3. The exhibit reflects the following patronage capital allocations based on a weighted average basis: $87,760,180 based on projected margins before an AMR adjustment, $77,903,509 based on targeting a 1.30 DSC, $67,479,482 based on targeting a 1.25 DSC, and $57,055,455 based on targeting a 1.20 DSC.

Exhibit 8 is the 2018 and 2019 Prior Year Patronage Capital Reconciling Amounts approved by the Board on August 26, 2020 to be applied as true-ups to the 2020 Initial Patronage Capital Allocation.

Exhibit 9 is the Projected 2020 Initial Patronage Capital Allocation including the true-ups shown in Exhibit 8.

Brazos DSC for 2014 was 1.25, 2015 was 1.15, 2016 was 1.25, 2017 was 1.20, 2018 was 1.23, and 2019 was 1.25.

Brazos staff recommends Board approval to target a 1.20 DSC after the 2020 financials are adjusted for final accruals. The 2020 Initial AMR Allocation including true-ups for 2018 and 2019 and the 2020 Initial Patronage Capital Allocation including true-ups for 2018 and 2019 will be presented at the March committee meeting.

Case 21-30725 Document 1575-4 Filed in TXSB on 02/22/22 Page 2 of 15
Finance and Audit Committee - Review Projected Patronage Capital And Annual Rebate Margin

5

Case 21-30725 Document 1575-4 Filed in TXSB on 02/22/22 Page 3 of 15
Finance and Audit Committee - Review Projected Patronage Capital And Annual Rebate Margin

EXHIBIT 9

Projected 2020 Initial Patronage Capital Allocation
Based on December 2020 Projected Margins
Including 2018 and 2019 True-Ups for Prior Year Patronage Capital Reconciling Amounts

|  | Potential Patronage Capital Allocations | | | |
|---|---|---|---|---|
|  | Before Annual Margin Rebate Adjustment | With 1.30 Consolidated DSC Target for 2020 | With 1.25 Consolidated DSC Target for 2020 | With 1.20 Consolidated DSC Target for 2020 |
| Bartlett | 1,139,854 | 1,011,824 | 876,424 | 741,024 |
| Comanche | 1,566,628 | 1,391,675 | 1,206,653 | 1,021,630 |
| Co-Serv | 32,654,845 | 28,970,968 | 25,075,047 | 21,179,126 |
| Fort Belknap | 542,255 | 481,273 | 416,781 | 352,289 |
| Hamilton | 1,356,441 | 1,204,257 | 1,043,313 | 882,369 |
| Heart of Texas | 2,453,285 | 2,179,013 | 1,888,953 | 1,598,893 |
| HILCO | 3,167,597 | 2,811,256 | 2,434,403 | 2,057,550 |
| J-A-C | 470,146 | 417,428 | 361,675 | 305,922 |
| Mid-South | 4,924,668 | 4,380,663 | 3,805,345 | 3,230,027 |
| Navarro | 2,654,484 | 2,359,313 | 2,047,151 | 1,734,989 |
| Navasota | 1,926,092 | 1,711,278 | 1,484,098 | 1,256,918 |
| PenTex | 2,115,358 | 1,878,846 | 1,628,720 | 1,378,594 |
| South Plains | 1,979,373 | 1,756,649 | 1,521,104 | 1,285,560 |
| Tri-County | 16,137,766 | 14,319,203 | 12,395,963 | 10,472,723 |
| United Services | 11,271,869 | 10,009,678 | 8,674,836 | 7,339,993 |
| Wise | 3,399,519 | 3,020,185 | 2,619,016 | 2,217,848 |
| Total | 87,760,180 | 77,903,509 | 67,479,482 | 57,055,455 |

UNAUDITED     EXHIBIT 1

| USDA-RUS | BORROWER DESIGNATION<br>Texas 121 Brazos |
|---|---|
| **OPERATING REPORT - FINANCIAL** | BORROWER NAME AND ADDRESS<br>Brazos Electric Power Cooperative, Inc.<br>2404 LaSalle Ave. - P. O. Box 2585<br>Waco, Texas 76702-2585 |
| INSTRUCTIONS - Submit an origianl and four copies to RUS or detailed instructions, see RUS EOM-3. | MONTH ENDING<br>December 31, 2020 | RUS USE ONLY |

## CERTIFICATION

We hereby certify that the entries in this report are in accordance with the accounts and other records of the system and reflect the status of the system to the best of our knowledge and belief.

ALL INSURANCE REQUIRED BY PART 1788 OF 7 CFR CHAPTER XVII, RUS, WAS IN FORCE DURING THE REPORTING PERIOD AND RENEWALS HAVE BEEN OBTAINED FOR ALL POLICIES.

SIGNATURE OF OFFICE MANAGER OR ACCOUNTANT     DATE

SIGNATURE OF MANAGER     DATE

### SECTION A. STATEMENT OF OPERATIONS

| ITEM | YEAR-TO-DATE | | | THIS MONTH |
|---|---|---|---|---|
| | LAST YEAR (a) | THIS YEAR (b) | BUDGET (c) | (d) |
| 1. Electric Energy Revenues | 1,038,093,577.92 | 1,040,470,210 | 1,047,677,300 | 84,178,190 |
| 2. Income From Leased Property - Net | - | - | - | - |
| 3. Other Operating Revenue and Income | 2,127,700.51 | 1,554,950 | 1,739,404 | 147,849 |
| 4. Total Oper. Revenues & Patronage Capital (1 thru 3) | 1,040,221,278 | 1,042,025,160 | 1,049,416,704 | 84,326,039 |
| 5. Operations Expense - Production - Excluding Fuel | 26,649,621 | 27,089,083 | 30,657,011 | 2,236,287 |
| 6. Operation Expense - Production - Fuel | 104,577,317 | 70,086,266 | 105,108,116 | 6,476,197 |
| 7. Operation Expense - Other Power Supply | 550,038,853 | 557,111,494 | 523,167,834 | 40,311,179 |
| 8. Operation Expense - Transmission | 70,693,415 | 72,211,974 | 76,663,588 | 5,961,824 |
| 9. Operation Expense - Distribution | 5,482,173 | 5,922,627 | 5,696,571 | 485,539 |
| 10. Operation Expense - Consumer Accounts | 193,169 | 169,401 | 290,404 | 16,390 |
| 11. Operation Expense - Consumer Service & Inform. | 170,468 | 173,384 | 153,821 | 16,700 |
| 12. Operation Expense - Sales | - | - | - | - |
| 13. Operation Expense - Administrative & General | 17,977,789 | 18,700,260 | 16,920,086 | 1,801,116 |
| 14. Total Operation Expense (5 thru 13) | 775,782,807 | 751,464,488 | 758,657,430 | 57,305,232 |
| 15. Maintenance Expense - Production | 50,487,486 | 52,540,019 | 59,133,178 | (192,467) |
| 16. Maintenance Expense - Transmission | 9,282,564 | 9,792,283 | 9,835,220 | 1,054,922 |
| 17. Maintenance Expense - Distribution | 5,081,228 | 6,476,774 | 6,583,364 | 591,466 |
| 18. Maintenance Expense - General Plant | 508,047 | 432,817 | 442,905 | 39,853 |
| 19. Total Maintenance Expense (15 thru 18) | 65,359,325 | 69,241,893 | 75,994,666 | 1,493,774 |
| 20. Depreciation & Amortization Expense | 78,066,103 | 80,954,245 | 80,865,397 | 6,893,515 |
| 21. Taxes | 7,093 | 1,250 | - | - |
| 22. Interest on Long-Term Debt | 73,695,122 | 68,635,644 | 73,505,089 | 5,963,498 |
| 23. Interest Charged to Construction - Credit | (1,232,967) | (447,216) | (783,216) | (17,033) |
| 24. Other Interest Expense | 4,123,216 | 2,049,224 | 5,477,743 | 95,727 |
| 25. Other Deductions | 368,021 | 228,165 | 226,500 | 35,398 |
| 26. Total Cost of Electric Service (14 + 19 thru 25) | 996,168,720 | 972,127,692 | 993,943,609 | 71,770,111 |
| 27. Operating Margins (4 - 26) | 44,052,558 | 69,897,468 | 55,473,095 | 12,555,927 |
| 28. Interest Income | 16,420,420 | 12,638,793 | 15,501,651 | 899,292 |
| 29. Allowance for Funds Used During Construction | - | - | - | - |
| 30. Income (Loss) from Equity Investments | 3,653,047 | 3,042,267 | 3,727,916 | 227,751 |
| 31. Other Nonoperating Income - Net | 976,627 | 1,762,102 | 444,000 | 153,696 |
| 32. Generation & Transmission Capital Credits | - | - | - | - |
| 33. Other Capital Credits & Patronage Dividends | 505,990 | 419,551 | 476,700 | 294,121 |
| 34. Extraordinary Items | - | - | - | - |
| 35. Net Patronage Capital or Margins (27 thru 33) | 65,608,642 | 87,760,180 | 75,623,362 | 14,130,787 |
| ITEM | Mills/kWh (Opti | Mills/kWh (Optional Use by Borrower) | | |
| 36. Electric Energy Revenue Per kWh Sold | | 58.99 | 59.11 | |
| 37. Total Operation & Maintenance Expense Per kWh Sold | | 46.53 | 47.09 | |
| 38. Total Cost of Electric Service Per kWh Sold | | 55.12 | 56.08 | |
| 39. Purchased Power Cost Per kWh | | 40.69 | 43.10 | |
| 40. Production Cost per kWh | 43.58 | 42.81 | 39.74 | 36.54 |
| 41. Mills Per kWh Billed to Members | 59.74 | 57.74 | 58.60 | 61.99 |
| 42. MegaWatt Hours Billed to Members | 17,252,875 | 16,792,855 | 17,690,384 | 1,350,953 |

RUS Form 12a (Rev. 12-93)

EXHIBIT 2

# BRAZOS ELECTRIC POWER COOPERATIVE
## UNBUNDLED INCOME STATEMENT
## FOR THE YEAR ENDED DECEMBER 31, 2020
## BASED ON 2020 PROJECTED MARGINS

| ITEM | * | GENERATION | TRANSMISSION | DISTRIBUTION | OTHER | TOTAL |
|---|---|---|---|---|---|---|
| 1. Electric Energy Revenues | 1 | 792,277,503 | 200,328,564 | 52,666,380 | - | 1,045,272,447 |
| 2. Income From Leased Property - Net | | - | - | - | - | - |
| 3. Other Operating Revenue and Income | 2 | 90,686 | 550,428 | 536,020 | - | 1,177,134 |
| 4. Total Oper. Revenues & Patronage Capital (1 thru 3) | | 792,368,190 | 200,878,992 | 53,202,400 | - | 1,046,449,581 |
| 5. Operations Expense - Production - Excl Fuel | 3 | 27,089,083 | - | - | - | 27,089,083 |
| 6. Operation Expense - Production - Fuel | | 70,086,266 | - | - | - | 70,086,266 |
| 7. Operation Expense - Other Power Supply | 4 | 557,111,494 | - | - | - | 557,111,494 |
| 8. Operation Expense - Transmission | 3 | - | 72,211,974 | - | - | 72,211,974 |
| 9. Operation Expense - Distribution | 3 | - | - | 5,922,627 | - | 5,922,627 |
| 10. Operation Expense - Consumer Accounts | 5 | 1,579 | 1,687 | 166,135 | - | 169,401 |
| 11. Operation Expense - Consumer Service & Inform | 3 | 173,384 | - | - | - | 173,384 |
| 12. Operation Expense - Sales | | - | - | - | - | - |
| 13. Operation Expense - Admin & General | 6 | 7,605,298 | 7,427,372 | 3,667,590 | - | 18,700,260 |
| 14. Total Operation Expense (5 thru 13) | | 662,067,104 | 79,641,033 | 9,756,352 | - | 751,464,489 |
| 15. Maintenance Expense - Production | 3 | 52,540,019 | - | - | - | 52,540,019 |
| 16. Maintenance Expense - Transmission | 3 | - | 9,792,283 | - | - | 9,792,283 |
| 17. Maintenance Expense - Distribution | 3 | - | - | 6,476,774 | - | 6,476,774 |
| 18. Maintenance Expense - General Plant | 6 | 77,473 | 251,373 | 103,970 | - | 432,817 |
| 19. Total Maintenance Expense (15 thru 18) | | 52,617,492 | 10,043,656 | 6,580,745 | - | 69,241,893 |
| 20. Depreciation & Amortization Expense | 7 | 35,211,794 | 31,503,360 | 14,239,092 | - | 80,954,245 |
| 21. Income Taxes | 8 | - | - | - | - | - |
| 22. Interest on Long-Term Debt | 9 | 35,739,911 | 23,749,509 | 9,146,224 | - | 68,635,644 |
| 23. Interest Charged to Construction - Credit | 10 | - | (323,695) | (123,521) | - | - |
| 24. Other Interest Expense | 10 | 536,962 | 698,851 | 813,411 | - | 2,049,224 |
| 25. Other Deductions | 11 | 91,244 | 102,927 | 35,242 | - | 229,412 |
| 26. Total Cost of Electric Service (14 + 19 thru 25) | | 786,264,506 | 145,415,641 | 40,447,543 | - | 972,574,906 |
| 27. Operating Margins (4 - 26) | | 6,103,684 | 55,463,350 | 12,754,856 | - | 73,874,675 |
| 28. Interest Income | 10 | 5,016,379 | 5,315,843 | 2,306,571 | - | 12,638,793 |
| 29. Allowance for Funds Used During Construction | | - | - | - | - | - |
| 30. Income (Loss) from Equity Investments | 12 | 3,042,267 | - | - | - | 3,042,267 |
| 31. Other Nonoperating Income - Net | 13 | 700,837 | 790,576 | 270,689 | - | 1,762,102 |
| 32. Generation & Transmission Capital Credits | | - | - | - | - | - |
| 33. Other Capital Credits & Patronage Dividends | 14 | 102,888 | 161,061 | 155,603 | - | 419,551 |
| 34. Extraordinary Items | | - | - | - | - | - |
| 35. Net Margins Before Adjustments (27 thru 34) | | 14,966,055 | 61,730,830 | 15,487,718 | - | 92,184,603 |
| **ADJUSTMENTS:** | | | | | | |
| 36. Unbilled Revenue | 15 | (4,323,608) | 199,584 | (300,399) | | (4,424,423) |
| 37. PCRF / TCRF Over/Under Collections | 16 | - | - | - | | - |
| 38. Economy Sales | 17 | - | - | - | | - |
| 39. Record AMR | 18 | - | - | - | | - |
| 40. LTSA Surcharge | 17 | - | - | - | | - |
| 41. Capital Surcharge | 17 | - | - | - | | - |
| 42. Sales of Excess Natural Gas | 17 | - | - | - | | - |
| 43. Total Adjustments (36 thru 39) | | (4,323,608) | 199,584 | (300,399) | - | (4,424,423) |
| 44. Net Patronage Capital or Margins (35 + 40) | | 10,642,447 | 61,930,414 | 15,187,319 | - | 87,760,180 |

8

**BRAZOS ELECTRIC POWER COOPERATIVE**
**NOTES TO UNBUNDLED INCOME STATEMENT**
**FOR THE YEAR ENDED DECEMBER 31, 2020**
**BASED ON 2020 PROJECTED MARGINS**

(1) Electric Energy Revenue allocations are based on **12/31/20** general ledger account balances. These revenues are recorded in the general ledger on an unbundled basis.

(2) Other Operating Revenue and Income is allocated based on the **2019** TCOS Schedule E-5.

(3) Operation Expenses for Production, Transmission, Distribution, and Consumer Service, and the Maintenance Expenses for Production, Transmission, and Distribution are recorded to unbundled accounts.

(4) Other Power Supply Expense is allocated based on **12/31/20** general ledger account balances. These expenses are recorded in the general ledger on an unbundled basis unless otherwise noted.

(5) Consumer Accounts Expenses are allocated based on **12/31/20** general account balances for **$165,561** with the remainder being allocated based on the Payroll Expense Factors from **2019** TCOS **Schedule F-1**.

| | |
|---|---|
| Generation | 32.6097% |
| Transmission | 43.9323% |
| Distribution | 23.4580% |

(6) Administrative & General Expenses and Maintenance Expense - General Plant are allocated based on the **2019** TCOS Schedule D-2.

A & G salaries, office supplies, injuries and damages, employee pensions and benefits, and rental expenses are allocated as follows based on the Payroll Expense Factors from **2019** TCOS **Schedule D-2 (F-1)**.

| | |
|---|---|
| Generation | 32.6097% |
| Transmission | 43.9323% |
| Distribution | 23.4580% |

Legal services pertaining to generation are allocated to generation with the remaining amount allocated based on the Total Operations and Maintenance Expense factors from **2019** TCOS **Schedule D-2**.

| | |
|---|---|
| Generation | 74.9020% |
| Transmission | 15.8822% |
| Distribution | 9.2158% |

Property insurance and miscellaneous plant related expenses are allocated based on the Net Plant in Service Factors from **2019** TCOS **Schedule D-2**.

| | |
|---|---|
| Generation | 39.1284% |
| Transmission | 44.9665% |
| Distribution | 15.9051% |

Regulatory expense are allocated as follows based on the Total Revenue Factors from **2019** TCOS **Schedule D-2**.

| | |
|---|---|
| Generation | 76.2084% |
| Transmission | 18.8536% |
| Distribution | 4.9380% |

Maintenance Expense - General Plant is allocated as follows based on the Net General Plant Factors from **2019** TCOS **Schedule D-2**.

| | |
|---|---|
| Generation | 17.8997% |
| Transmission | 58.0785% |
| Distribution | 24.0218% |

(7) Depreciation and Amortization Expense for plant assets is based on 12/31/20 general ledger account balances. Depreciation on General Plant is allocated based on the 2019 TCOS Schedule E-1.

(8) Taxes are allocated in accordance with the TCOS **Schedule F-3**.

| | |
|---|---|
| Generation | 39.7728% |
| Transmission | 44.8655% |
| Distribution | 15.3617% |

(9) Interest on Long-Term Debt allocations are based on **12/31/20** general ledger account balances. These expenses are recorded in the general ledger on an unbundled basis unless otherwise noted.

Line 22 Line of Credit interest expense is allocated in accordance with the **2019** TCOS **Schedule C-2** as follows:

| | |
|---|---|
| Generation | 26.2032% |
| Transmission | 34.1032% |
| Distribution | 39.6936% |

9

**BRAZOS ELECTRIC POWER COOPERATIVE**
**NOTES TO UNBUNDLED INCOME STATEMENT**
**FOR THE YEAR ENDED DECEMBER 31, 2020**
**BASED ON 2020 PROJECTED MARGINS**

Line 22 Headquarters interest expense is allocated in accordance with the **2019** TCOS **Schedule C-2** as follows:

| | |
|---|---|
| **Generation** | 10.3809% |
| **Transmission** | 68.2017% |
| **Distribution** | 21.4174% |

(10) Interest Charged to Construction, Other Interest Expense, and Interest Income are all allocated in accordance with the **2019** TCOS **Schedule C-2**.

Interest Charged to Construction allocated in accordance with the **2019** TCOS **Schedule C-2** as follows:

| | |
|---|---|
| **Generation** | 0.0000% |
| **Transmission** | 72.3800% |
| **Distribution** | 27.6200% |

Other Interest Expense are allocated in accordance with the **2019** TCOS **Schedule C-2** as follows:

| | |
|---|---|
| **Generation** | 26.2032% |
| **Transmission** | 34.1032% |
| **Distribution** | 39.6936% |

Other Interest Expense-Capital Lease Cleburne is 100% to Generation

Interest Income-Other is allocated in accordance with **2019** TCOS **Schedule C-2** as follows:

| | |
|---|---|
| **Generation** | 26.2032% |
| **Transmission** | 34.1032% |
| **Distribution** | 39.6936% |

Interest Income-Cushion of Credit is allocated in accordance with **2019** TCOS Schedule C-2 as follows:

| | |
|---|---|
| **Generation** | 41.9887% |
| **Transmission** | 41.9886% |
| **Distribution** | 16.0227% |

(11) Other Deductions is mainly comprised of losses on obsolete materials and is allocated based on asset classification. Other miscellaneous expenses are allocated based on the Net Plant in Service factors from the **2019 TCOS FACTOR F-3.**

(12) Income (Loss) from Equity Investments (Brazos Fuel Company and Brazos Sandy Creek Electric Cooperative) is allocated to Generation.

(13) Gains from retirement are allocated based on the Net Plant in Service factors from the **2019 TCOS Schedule F-3**.

(14) Patronage capital allocations from CoBank are allocated to Generation, and TEC to Distribution. Allocations from CFC are allocated based on the Generation, Transmission, and Distribution allocable shares of CFC debt service factors from the **2019 TCOS Schedule C-2**.

(15) Unbilled Revenue is allocated based on Line 1 allocation criteria above.

(16) PCRF Over/Under Collections are allocated to Generation. TCRF Over/Under Collections are allocated to Transmission.

(17) Allocated to Generation.

(18) Annual Margin Rebate has not been functionally allocated, and is reported as Other.

10

EXHIBIT 3

Brazos Electric Power Cooperative
Projected 2020 Annual Margin Rebate Adjustment Based on 1.30, 1.25, And 1.20 DSC Targets
Based on Projected 2020 Margins

|  | Current Projection (1) | Adjust DSC 1.30 | Adjust DSC 1.25 | Adjust DSC 1.20 |
|---|---|---|---|---|
| Projected gross margins | 87,760,180 | 87,760,180 | 87,760,180 | 87,760,180 |
| Annual Margin Rebate Adjustment | - | (9,856,671) | (20,280,698) | (30,704,725) |
| Projected Net margins after AMR | 87,760,180 | 77,903,509 | 67,479,482 | 57,055,455 |
| | | | | |
| MFI - Parent Only (2) | 2.23 | 2.09 | 1.94 | 1.79 |
| TIER - Consolidated (3) | 1.89 | 1.79 | 1.69 | 1.58 |
| DSC - Consolidated (4) | 1.35 | 1.30 | 1.25 | 1.20 |

(1) Current projection per exhibit 1 before AMR Adjustment
(2) MFI calculation = net margins + interest on long term debt of $68,635,644 less income for equity investments of $3,042,267 divided by interest on long term debt of $68,635,644
(2) TIER calculation = net margins + total interest expense of $98,406,434 divided by total interest expense of $98,406,434
(3) DSC calculation = net margins + depreciation of $94,714,760 + total interest expense of $98,406,434 divided by debt service of $208,480,541

Projected 2020 Interest, Depreciation, & Debt Service

| Interest on long term debt | | | | |
|---|---|---|---|---|
| Brazos Electric | 68,635,644 | 68,635,644 | 68,635,644 | 68,635,644 |
| Brazos Sandy Creek | 27,721,566 | 27,721,566 | 27,721,566 | 27,721,566 |
| Consolidated interest on long term debt | 96,357,210 | 96,357,210 | 96,357,210 | 96,357,210 |
| | | | | |
| Other interest | 2,049,224 | 2,049,224 | 2,049,224 | 2,049,224 |
| Total interest expense | 98,406,434 | 98,406,434 | 98,406,434 | 98,406,434 |
| | | | | |
| Depreciation | | | | |
| Brazos Electric | 80,954,245 | 80,954,245 | 80,954,245 | 80,954,245 |
| Brazos Sandy Creek | 13,760,515 | 13,760,515 | 13,760,515 | 13,760,515 |
| Total consolidated depreciation | 94,714,760 | 94,714,760 | 94,714,760 | 94,714,760 |
| | | | | |
| Debt Service | | | | |
| Brazos Electric | 164,258,975 | 164,258,975 | 164,258,975 | 164,258,975 |
| Brazos Sandy Creek | 44,221,566 | 44,221,566 | 44,221,566 | 44,221,566 |
| Total consolidated debt service | 208,480,541 | 208,480,541 | 208,480,541 | 208,480,541 |
| | | | | |
| Income for Equity Investments | 3,042,267 | 3,042,267 | 3,042,267 | 3,042,267 |

11

Projected 2020 AMR Allocation
Based on December 2020 Projected Margins
Before 2018 and 2019 True-ups for Prior Year AMR Reconciling Amounts

| | Production | | | Transmission | | | Distribution | | | Total Weighted Margins | | Potential AMR Allocations | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Brazos 4CP Billing Units | Allocation Factor | Allocated Margin | ERCOT 4CP Billing Units | Allocation Factor | Allocated Margin | Distribution Revenue | Allocation Factor | Allocated Margin | Allocated Margin | Weighted Margin Allocable Percentage | $9,856,671 AMR to Target 1.30 DSC | $20,280,698 AMR to Target 1.25 DSC | $30,704,725 AMR to Target 1.20 DSC |
| Bartlett | 561,192 | 1.295% | $ 137,818 | 560,556 | 1.305% | $ 808,273 | $ 657,572 | 1.259% | $ 191,171 | $ 1,137,263 | 1.296% | $ 127,730 | $ 262,813 | $ 397,895 |
| Comanche | 699,300 | 1.614% | $ 171,735 | 704,472 | 1.640% | $ 1,015,788 | $ 1,260,881 | 2.414% | $ 366,567 | $ 1,554,089 | 1.771% | $ 174,546 | $ 359,138 | $ 543,730 |
| Co-Serv | 17,156,484 | 39.590% | $ 4,213,303 | 16,638,948 | 38.740% | $ 23,991,930 | $ 15,538,441 | 29.744% | $ 4,517,376 | $ 32,722,608 | 37.286% | $ 3,675,197 | $ 7,561,941 | $ 11,448,685 |
| Fort Belknap | 267,216 | 0.617% | $ 65,623 | 262,620 | 0.611% | $ 378,675 | $ 334,986 | 0.641% | $ 97,388 | $ 541,687 | 0.617% | $ 60,839 | $ 125,180 | $ 189,520 |
| Hamilton | 673,464 | 1.554% | $ 165,390 | 653,316 | 1.521% | $ 942,025 | $ 840,678 | 1.609% | $ 244,404 | $ 1,351,819 | 1.540% | $ 151,828 | $ 312,395 | $ 472,962 |
| Heart of Texas | 1,162,764 | 2.683% | $ 285,553 | 1,140,324 | 2.655% | $ 1,644,249 | $ 1,742,287 | 3.335% | $ 506,522 | $ 2,436,324 | 2.776% | $ 273,633 | $ 563,016 | $ 852,398 |
| HILCO | 1,591,344 | 3.672% | $ 390,804 | 1,582,728 | 3.685% | $ 2,282,157 | $ 1,693,419 | 3.242% | $ 492,315 | $ 3,165,276 | 3.607% | $ 355,504 | $ 731,471 | $ 1,107,438 |
| J-A-C | 226,476 | 0.523% | $ 55,618 | 219,372 | 0.511% | $ 316,316 | $ 331,432 | 0.634% | $ 96,355 | $ 468,288 | 0.534% | $ 52,595 | $ 108,218 | $ 163,840 |
| Mid-South | 1,906,860 | 4.400% | $ 468,288 | 1,993,440 | 4.641% | $ 2,874,369 | $ 5,124,495 | 9.810% | $ 1,489,806 | $ 4,832,463 | 5.506% | $ 542,752 | $ 1,116,745 | $ 1,690,738 |
| Navarro | 1,111,524 | 2.565% | $ 272,969 | 1,157,556 | 2.695% | $ 1,669,096 | $ 2,338,798 | 4.477% | $ 679,941 | $ 2,622,006 | 2.988% | $ 294,487 | $ 605,925 | $ 917,363 |
| Navasota | 852,576 | 1.967% | $ 209,376 | 863,196 | 2.010% | $ 1,244,654 | $ 1,562,156 | 2.990% | $ 454,154 | $ 1,908,185 | 2.174% | $ 214,315 | $ 440,967 | $ 667,618 |
| PenTex | 996,324 | 2.299% | $ 244,678 | 982,704 | 2.288% | $ 1,416,975 | $ 1,510,891 | 2.892% | $ 439,250 | $ 2,100,903 | 2.394% | $ 235,960 | $ 485,502 | $ 735,045 |
| South Plains | 973,716 | 2.247% | $ 239,126 | 995,052 | 2.317% | $ 1,434,779 | $ 1,047,348 | 2.005% | $ 304,488 | $ 1,978,393 | 2.254% | $ 222,201 | $ 457,191 | $ 692,182 |
| Tri-County | 8,122,764 | 18.744% | $ 1,994,795 | 8,130,720 | 18.931% | $ 11,723,798 | $ 8,376,159 | 16.034% | $ 2,435,138 | $ 16,153,731 | 18.407% | $ 1,814,285 | $ 3,733,002 | $ 5,651,719 |
| United Services | 5,323,740 | 12.285% | $ 1,307,408 | 5,406,036 | 12.587% | $ 7,795,038 | $ 7,255,482 | 13.889% | $ 2,109,332 | $ 11,211,779 | 12.775% | $ 1,259,236 | $ 2,590,955 | $ 3,922,674 |
| Wise | 1,607,424 | 3.709% | $ 394,752 | 1,555,872 | 3.623% | $ 2,243,433 | $ 2,515,768 | 4.816% | $ 731,391 | $ 3,369,576 | 3.840% | $ 378,450 | $ 778,683 | $ 1,178,916 |
| Whitesboro | 102,660 | 0.237% | $ 25,211 | 103,236 | 0.240% | $ 148,857 | $ 109,111 | 0.209% | $ 31,721 | $ 205,790 | 0.234% | $ 23,113 | $ 47,556 | $ 72,000 |
| Total | 43,335,828 | 100.000% | $ 10,642,447 | 42,950,148 | 100.000% | $ 61,930,414 | $ 52,239,904 | 100.000% | $ 15,187,319 | $ 87,760,180 | 100.000% | $ 9,856,671 | $ 20,280,698 | $ 30,704,725 |

EXHIBIT 4

12

Case 21-30725 Document 1575-4 Filed in TXSB on 02/22/22 Page 10 of 15
Finance and Audit Committee - Review Projected Patronage Capital And Annual Rebate Margin

EXHIBIT 5

## True-Ups for 2018 Prior Year AMR Reconciling Amounts
## Approved by Board on August 26, 2020

| | |
|---|---:|
| Bartlett | 91 |
| Comanche | 504 |
| Co-Serv | (8,675) |
| Fort Belknap | (83) |
| Hamilton | 208 |
| Heart of Texas | 920 |
| HILCO | (19) |
| J-A-C | 4 |
| Mid-South | 4,698 |
| Navarro | 1,784 |
| Navasota | 939 |
| PenTex | 615 |
| South Plains | (584) |
| Tri-County | (3,817) |
| United Services | 2,153 |
| Wise | 1,301 |
| Whitesboro | (39) |
| Total | $ - |

## True-Ups for 2019 Prior Year AMR Reconciling Amounts
## Approved by Board on August 26, 2020

| | |
|---|---:|
| Bartlett | (115) |
| Comanche | 3,718 |
| Co-Serv | (61,303) |
| Fort Belknap | (329) |
| Hamilton | 647 |
| Heart of Texas | 4,557 |
| HILCO | (2,266) |
| J-A-C | 481 |
| Mid-South | 34,384 |
| Navarro | 11,053 |
| Navasota | 5,637 |
| PenTex | 4,001 |
| South Plains | (1,348) |
| Tri-County | (22,457) |
| United Services | 14,204 |
| Wise | 9,225 |
| Whitesboro | (89) |
| Total | $ (0) |

14

Case 21-30725 Document 1575-4 Filed in TXSB on 02/22/22 Page 12 of 15
Finance and Audit Committee - Review Projected Patronage Capital And Annual Rebate Margin

EXHIBIT 6

Projected 2020 Initial AMR Allocation
Based on December 2020 Projected Margins
Including 2018 and 2019 True-Ups for Prior Year AMR Reconciling Amounts

|  | Potential AMR Allocations | | |
|---|---|---|---|
|  | AMR Allocation Target 1.30 | AMR Allocation Target 1.25 | AMR Allocation Target 1.20 |
| Bartlett | 127,706 | 262,788 | 397,871 |
| Comanche | 178,768 | 363,360 | 547,953 |
| Co-Serv | 3,605,219 | 7,491,963 | 11,378,707 |
| Fort Belknap | 60,427 | 124,768 | 189,109 |
| Hamilton | 152,683 | 313,250 | 473,818 |
| Heart of Texas | 279,110 | 568,493 | 857,876 |
| HILCO | 353,219 | 729,186 | 1,105,153 |
| J-A-C | 53,080 | 108,703 | 164,326 |
| Mid-South | 581,834 | 1,155,827 | 1,729,820 |
| Navarro | 307,324 | 618,762 | 930,200 |
| Navasota | 220,891 | 447,543 | 674,194 |
| PenTex | 240,576 | 490,118 | 739,660 |
| South Plains | 220,269 | 455,259 | 690,250 |
| Tri-County | 1,788,012 | 3,706,729 | 5,625,445 |
| United Services | 1,275,593 | 2,607,312 | 3,939,031 |
| Wise | 388,976 | 789,209 | 1,189,442 |
| Whitesboro | 22,985 | 47,429 | 71,872 |
| Total | $ 9,856,671 | $ 20,280,698 | $ 30,704,725 |

Projected 2020 Initial Patronage Capital Allocation
Based on December 2020 Projected Margins
Before 2018 and 2019 True-ups for Prior Year Patronage Capital Reconciling Amounts

| | Production | | | Transmission | | | Distribution | | | Total | | Potential Patronage Capital Allocations | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Brazos 4CP Billing Units | Allocation Factor | Allocated Margin | ERCOT 4CP Billing Units | Allocation Factor | Allocated Margin | Distribution Revenue | Allocation Factor | Allocated Margin | Weighted Margin | Weighted Allocation Factor #2 | Before Annual Margin Rebate Adjustment | With 1.30 Consolidated DSC Target | With 1.25 Consolidated DSC Target | With 1.20 Consolidated DSC Target |
| Bartlett | 561,192 | 1.298% | $ 138,145 | 560,556 | 1.308% | $ 810,221 | 657,572 | 1.261% | $ 191,571 | $ 1,139,937 | 1.299% | 1,139,937 | 1,011,907 | 876,507 | 741,107 |
| Comanche | 699,300 | 1.618% | $ 172,142 | 704,472 | 1.644% | $ 1,018,235 | 1,260,881 | 2.419% | $ 367,334 | $ 1,557,712 | 1.775% | 1,557,712 | 1,382,759 | 1,197,737 | 1,012,714 |
| Co-Serv | 17,156,484 | 39.684% | $ 4,223,308 | 16,638,948 | 38.833% | $24,049,736 | 15,538,441 | 29.807% | $ 4,526,830 | $32,799,874 | 37.374% | 32,799,875 | 29,115,998 | 25,220,077 | 21,324,156 |
| Fort Belknap | 267,216 | 0.618% | $ 65,779 | 262,620 | 0.613% | $ 379,588 | 334,986 | 0.643% | $ 97,592 | $ 542,959 | 0.619% | 542,959 | 481,977 | 417,485 | 352,993 |
| Hamilton | 673,464 | 1.558% | $ 165,783 | 653,316 | 1.525% | $ 944,295 | 840,678 | 1.613% | $ 244,916 | $ 1,354,993 | 1.544% | 1,354,993 | 1,202,809 | 1,041,865 | 880,921 |
| Heart of Texas | 1,162,764 | 2.690% | $ 286,231 | 1,140,324 | 2.661% | $ 1,648,211 | 1,742,287 | 3.342% | $ 507,582 | $ 2,442,023 | 2.783% | 2,442,023 | 2,167,751 | 1,877,691 | 1,587,631 |
| HILCO | 1,591,344 | 3.681% | $ 391,732 | 1,582,728 | 3.694% | $ 2,287,656 | 1,693,419 | 3.248% | $ 493,346 | $ 3,172,733 | 3.615% | 3,172,733 | 2,816,392 | 2,439,539 | 2,062,686 |
| J-A-C | 226,476 | 0.524% | $ 55,750 | 219,372 | 0.512% | $ 317,078 | 331,432 | 0.636% | $ 96,556 | $ 469,384 | 0.535% | 469,384 | 416,666 | 360,913 | 305,160 |
| Mid-South | 1,906,860 | 4.411% | $ 469,400 | 1,993,440 | 4.652% | $ 2,881,294 | 5,124,495 | 9.830% | $ 1,492,924 | $ 4,843,619 | 5.519% | 4,843,619 | 4,299,614 | 3,724,296 | 3,148,978 |
| Navarro | 1,111,524 | 2.571% | $ 273,617 | 1,157,556 | 2.702% | $ 1,673,118 | 2,338,798 | 4.486% | $ 681,365 | $ 2,628,099 | 2.995% | 2,628,099 | 2,332,928 | 2,020,766 | 1,708,604 |
| Navasota | 852,576 | 1.972% | $ 209,873 | 863,196 | 2.015% | $ 1,247,653 | 1,562,156 | 2.997% | $ 455,105 | $ 1,912,631 | 2.179% | 1,912,631 | 1,697,817 | 1,470,637 | 1,243,457 |
| PenTex | 996,324 | 2.305% | $ 245,259 | 982,704 | 2.294% | $ 1,420,389 | 1,510,891 | 2.898% | $ 440,170 | $ 2,105,817 | 2.400% | 2,105,817 | 1,869,305 | 1,619,179 | 1,369,053 |
| South Plains | 973,716 | 2.252% | $ 239,694 | 995,052 | 2.322% | $ 1,438,236 | 1,047,348 | 2.009% | $ 305,125 | $ 1,983,055 | 2.260% | 1,983,055 | 1,760,331 | 1,524,786 | 1,289,242 |
| Tri-County | 8,122,764 | 18.788% | $ 1,999,532 | 8,130,720 | 18.976% | $11,752,045 | 8,376,159 | 16.068% | $ 2,440,235 | $16,191,812 | 18.450% | 16,191,813 | 14,373,250 | 12,450,010 | 10,526,770 |
| United Services | 5,323,740 | 12.314% | $ 1,310,513 | 5,406,036 | 12.617% | $ 7,813,820 | 7,255,482 | 13.918% | $ 2,113,747 | $11,238,080 | 12.805% | 11,238,080 | 9,975,889 | 8,641,047 | 7,306,204 |
| Wise | 1,607,424 | 3.718% | $ 395,690 | 1,555,872 | 3.631% | $ 2,248,839 | 2,515,768 | 4.826% | $ 732,921 | $ 3,377,450 | 3.848% | 3,377,450 | 2,998,116 | 2,596,947 | 2,195,779 |
| Total | 43,233,168 | 100.000% | $10,642,447 | 42,846,912 | 100.000% | $61,930,414 | 52,130,793 | 100.000% | $ 15,187,319 | $ 87,760,180 | 100.000% | 87,760,180 | 77,903,509 | 67,479,482 | 57,055,455 |

EXHIBIT 7

EXHIBIT 8

True-Ups for 2018 Prior Year Patronage Capital Reconciling Amounts
Approved by Board on August 26, 2020

| | |
|---|---:|
| Bartlett | 156 |
| Comanche | 865 |
| Co-Serv | (14,948) |
| Fort Belknap | (144) |
| Hamilton | 357 |
| Heart of Texas | 1,581 |
| HILCO | (34) |
| J-A-C | 7 |
| Mid-South | 8,078 |
| Navarro | 3,067 |
| Navasota | 1,614 |
| PenTex | 1,056 |
| South Plains | (1,007) |
| Tri-County | (6,579) |
| United Services | 3,695 |
| Wise | 2,235 |
| Total | 0 |

17

True-Ups for 2019 Prior Year Patronage Capital Reconciling Amounts
Approved by Board on August 26, 2020

| | |
|---|---:|
| Bartlett | (239) |
| Comanche | 8,051 |
| Co-Serv | (130,082) |
| Fort Belknap | (561) |
| Hamilton | 1,091 |
| Heart of Texas | 9,681 |
| HILCO | (5,102) |
| J-A-C | 755 |
| Mid-South | 72,971 |
| Navarro | 23,318 |
| Navasota | 11,846 |
| PenTex | 8,485 |
| South Plains | (2,675) |
| Tri-County | (47,467) |
| United Services | 30,094 |
| Wise | 19,834 |
| Total | 0 |

18