IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | CASE NO. 21-30725 |
| BRAZOS ELECTRIC POWER | § | |
| COOPERATIVE, INC., | § | Chapter 11 |
| | § | |
| Debtor.[1] | § | |

**CERTIFICATE OF NO OBJECTION REGARDING DEBTOR'S MOTION FOR ENTRY OF AN ORDER (I) FURTHER EXTENDING THE TIME WITHIN WHICH THE DEBTOR MAY REMOVE ACTIONS AND (II) GRANTING RELATED RELIEF**
[Relates to Dkt. No. 1498]

Pursuant to the *Procedures for Complex Chapter 11 Cases in the Southern District of Texas*, the undersigned counsel certifies as follows:

1. On January 27, 2022, Brazos Electric Power Cooperative, Inc. (the "Debtor") filed its *Motion for Entry of an Order (I) Further Extending the Time Within Which the Debtor May Remove Actions and (II) Granting Related Relief* (the "Motion") [Dkt. No. 1498].

2. The deadline for parties to object or file responses to the Motion was February 17, 2022. No objections have been filed and there no outstanding informal responses to the Motion.

3. Wherefore, the Debtor respectfully requests that the Court approve the Motion and enter the Proposed Order.

---

[1] The Debtor in this chapter 11 case, along with the last four digits of its federal tax identification number is: Brazos Electric Power Cooperative, Inc. (4729). Additional information regarding this case may be obtained on the website of the Debtor's claims and noticing agent at http://cases.stretto.com/Brazos. The Debtor's address is 7616 Bagby Avenue, Waco, TX 76712.

Dated: February 22 2022
      Houston, Texas

    Respectfully submitted,

    **NORTON ROSE FULBRIGHT US LLP**

    By: */s/ Jason L. Boland*
    Jason L. Boland (SBT 24040542)
    Julie G. Harrison (SBT 24092434)
    Maria Mokrzycka (SBT 24119994)
    1301 McKinney Street, Suite 5100
    Houston, TX 77010
    Telephone: (713) 651-5151
    Facsimile: (713) 651-5246
    Email: jason.boland@nortonrosefulbright.com
    Email: julie.harrison@nortonrosefulbright.com
    Email: maria.mokrzycka@nortonrosefulbright.com

    Steve A. Peirce (SBT 15731200)
    111 West Houston Street, Suite 1800
    San Antonio, TX  78205
    Telephone: (210) 270-7179
    Facsimile: (210) 270-7205
    Email: michael.parker@nortonrosefulbright.com
    Email: steve.peirce@nortonrosefulbright.com

    *Counsel for the  Debtor*
    *and Debtor in Possession*

    -and –

    O'MELVENY & MYERS LLP
    Louis R. Strubeck, Jr. (SBT 19425600)
    2501 North Harwood Street
    Dallas, Texas 75201
    Email: lstrubeck@omm.com
    Telephone: (972) 360-1925

    *Co-Counsel for the Debtor and Debtor in Possession*

## Certificate of Service

    I certify that on February 22, 2022, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

*/s/ Maria Mokrzycka*
Maria Mokrzycka
