United States Bankruptcy Court
Southern District of Texas
**ENTERED**
July 11, 2023
Nathan Ochsner, Clerk

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re: § | |
| § | CASE NO. 21-30725 (DRJ) |
| BRAZOS ELECTRIC POWER § | |
| COOPERATIVE, INC., § | Chapter 11 |
| § | |
| Reorganized Debtor.[1] § | |

**ORDER ENFORCING PLAN DISCHARGE AND
INJUNCTION PROVISIONS AND CONFIRMATION ORDER**
[Relates to Dkt. No. 2780]

Upon the motion (the "Motion")[2] of the above-captioned reorganized debtor (before the Effective Date of the Plan, the "Debtor," and after the Effective Date of the Plan, the "Reorganized Debtor") for entry of an order (this "Order") (a) enforcing the Plan's discharge and injunction provisions and the Confirmation Order with respect to the Winter Storm Uri Litigations and (b) granting related relief, all as more fully set forth in the Motion; and this Court having jurisdiction over this matter pursuant to 28 U.S.C. § 1334; and this Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and that this Court may enter a final order consistent with Article III of the United States Constitution; and this Court having found that venue of this proceeding and the Motion in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and this Court having found that the relief requested in the Motion is in the best interests of the Debtor's estate, its creditors, and other parties in interest; and this Court having found that the Reorganized Debtor's notice of the Motion and opportunity for a hearing on the Motion were appropriate under the circumstances and no other notice need be provided; and this Court having reviewed the

---

[1] The Reorganized Debtor in this chapter 11 case, along with the last four digits of its federal tax identification number is 4729. Additional information regarding this case may be obtained on the website of the Reorganized Debtor's claims and noticing agent at http://cases.stretto.com/Brazos. The Reorganized Debtor's address is 7616 Bagby Avenue, Waco, Texas 76712.

[2] Capitalized terms used but not otherwise defined herein have the meanings ascribed to them in the Motion.

Motion and having heard the statements in support of the relief requested therein at a hearing before this Court (the "<u>Hearing</u>"); and this Court having determined that the legal and factual bases set forth in the Motion and at the Hearing establish just cause for the relief granted herein; and upon all of the proceedings had before this Court; and after due deliberation and sufficient cause appearing therefore, it is **HEREBY ORDERED THAT**:

1. The Plaintiffs are hereby enjoined from prosecuting their claims asserted in the Winter Storm Uri Litigations against the Reorganized Debtor.

2. The Plaintiffs shall dismiss their respective claims against the Reorganized Debtor, with prejudice, or otherwise file a "notice of non-suit" with the applicable court, within fourteen (14) business days after the entry of this Order.

3. Notice of this Motion as provided therein shall be deemed good and sufficient notice of such Motion and the requirements of Bankruptcy Rule 6004(a) and the Local Rules are satisfied by such notice.

4. This Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

5. The Reorganized Debtor shall serve a copy of this Order on each Plaintiff sought to be enjoined and file a detailed certificate of service with five (5) days. A copy of this order shall also be filed in each lawsuit that is subject to this Order.

**Signed: July 11, 2023.**

                                              **DAVID R. JONES**
                                              **UNITED STATES BANKRUPTCY JUDGE**