IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | CASE NO. 21-30725 (CML) |
| BRAZOS ELECTRIC POWER | § | |
| COOPERATIVE, INC., | § | Chapter 11 |
| | § | |
| Reorganized Debtor.[1] | § | |

**NOTICE OF HEARING ON THE REORGANIZED DEBTOR'S MOTION FOR CIVIL CONTEMPT AND SANCTIONS AGAINST THE UNRESPONSIVE PLAINTIFFS FOR WILLFUL VIOLATION OF COURT ORDERS**
[Relates to Dkt. No. 2800]

**PLEASE TAKE NOTICE** that a hearing will be held on **November 14, 2023, at 4:00 p.m. (prevailing Central Time)**, before the Honorable Christopher M. Lopez, United States Bankruptcy Judge for the Southern District of Texas, in Courtroom 401, 515 Rusk Street, Houston, Texas 77002, to consider the relief requested in the Reorganized Debtor's *Motion for Civil Contempt and Sanctions Against the Unresponsive Plaintiffs for Willful Violation of Court Orders* [Dkt. No. 2800].

**PLEASE TAKE FURTHER NOTICE** that you may participate in the hearing either in person or by an audio and video connection. Audio communication will be by use of the Court's dial-in facility. You may access the facility at (832) 917-1510. You will be responsible for your own long-distance charges. Once connected, you will be asked to enter the conference room number. Judge Lopez's conference room number is 590153. You may view video via GoToMeeting. To use GoToMeeting, the Court recommends that you download the free GoToMeeting application. To connect, you should enter the meeting code "JudgeLopez" in the

---

[1] The Reorganized Debtor in this chapter 11 case, along with the last four digits of its federal tax identification number is: Brazos Electric Power Cooperative, Inc. (4729). Additional information regarding this case may be obtained on the website of the Reorganized Debtor's claims and noticing agent at http://cases.stretto.com/Brazos. The Reorganized Debtor's address is 7616 Bagby Avenue, Waco, TX 76712.

GoToMeeting app or click the link on Judge Lopez's home page on the Southern District of Texas website.  Once connected, click the settings icon in the upper right corner and enter your name under the personal information setting.

**PLEASE TAKE FURTHER NOTICE** that hearing appearances must be made electronically in advance of the hearing.  To make your electronic appearance, go to the Southern District of Texas website and select "Bankruptcy Court" from the top menu. Select "Judges' Procedures," then "View Home Page" for Judge Lopez.  Under "Electronic Appearance" select "Click here to submit Electronic Appearance."  Select the case name, complete the required fields and click "Submit" to complete your appearance.

**PLEASE TAKE FURTHER NOTICE** that copies of the filings in this chapter 11 case can be obtained through the Bankruptcy Court's electronic case filing system at https://ecf.txsb.uscourts.gov.

*[Remainder of Page Intentionally Left Blank]*

Dated: October 24, 2023
Houston, Texas

        Respectfully submitted,

        **NORTON ROSE FULBRIGHT US LLP**

        By: */s/ Jason L. Boland*
        Jason L. Boland (SBT 24040542)
        Julie G. Harrison (SBT 24092434)
        Maria Mokrzycka (SBT 24119994)
        1301 McKinney Street, Suite 5100
        Houston, Texas 77010
        Telephone: (713) 651-5151
        Facsimile: (713) 651-5246
        Email: jason.boland@nortonrosefulbright.com
        Email: julie.harrison@nortonrosefulbright.com
        Email: maria.mokrzycka@nortonrosefulbright.com

        James A. Copeland (admitted *pro hac vice*)
        1301 Avenue of the Americas
        New York, New York 10019
        Telephone: (212) 408-5471
        Email: james.copeland@nortonrosefulbright.com

        *Counsel for the Reorganized Debtor*

        -and-

        **O'MELVENY & MYERS LLP**
        Louis R. Strubeck, Jr. (SBT 19425600)
        Laura Smith (SBT 24066039)
        2501 North Harwood Street, Suite 1700
        Dallas, Texas 75201
        Telephone: (972) 360-1925
        Email: lstrubeck@omm.com
        Email: lsmith@omm.com

        *Co-Counsel for the Reorganized Debtor*

## CERTIFICATE OF SERVICE

I certify that on October 24, 2023, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas. The undersigned attorney further certifies that a true and correct copy of the foregoing was served by e-mail and U.S. first-class mail, postage pre-paid, on the below parties:

**Arnold & Itkin**
Attention: Jason A. Itkin
Cory D. Itkin
Michael R. Darling
6009 Memorial Drive
Houston, Texas 77007
jitkin@arnolditkin.com
citkin@arnolditkin.com
mdarling@arnolditkin.com
e-service@arnolditkin.com

representing the following Unresponsive Plaintiffs:

| | |
|---|---|
| Steve Napier | the Estate of Jackie Jones |
| the Estate of Shirly Napier | Fernando Ramirez |
| Dolores Jackson | Mary Borton |
| the Estate of Elizabeth Jackson | Patricia Dillingham |
| Jane Doe | August Jaehne |
| Glenda Coleman | Robert Beasley |
| the Estate of Dewayne Randolph | Nicole Roberts |
| Ernest Peterman | Tony Roberts |
| the Estate of Ella Peterman | Willie Roberts |
| Sonya Coleman | Sharron Mann |

**Hendler Flores Law**
Attention: Scott M. Hendler Grayson E. McDaniel
901 S. MoPac Expressway
Building 1, Suite 300
Austin, Texas 78746
shendler@hendlerlaw.com
gmcdaniel@hendlerlaw.com

representing the following Unresponsive Plaintiffs:
Catherine Ferguson
the Estate of Cynthia Pierce

By: /s/ Maria Mokrzycka
Maria Mokrzycka